UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| Albert J. Isaac ) | |
| Rosetta W. Isaac ) | |
| Plaintiff(s) ) | |
| ) | |
| v ) | Case No. CV-12-TMP-2030-S |
| ) | |
| RMB, Inc., et al ) | |
| Cloud & Tidwell, LLC ) | |
| Defendants ) | |

### PLAINTIFFS ALBERT J. AND ROSETTA W. ISAAC MOTION TO COMPEL DISCLOSURES FROM DEFENDANT RMB, INC.

**COMES NOW,** Plaintiffs Albert J. and Rosetta W. Isaac (Plaintiffs) pursuant the Fed. R. Civ. P. Rule 37 (a)(1)(2)(3)(A), moves the Court for an Order, compelling disclosures from Defendant RMB, Inc. (Defendant) pursuant Fed. R. Civ. P. Rule 26(e).

The Defendant responded to the Plaintiffs first set of discovery request, interrogatories, with notarized answers from a person named Michael E. Motes, who is not named in the Defendant Fed. R. Civ. P Rule 26 (a)(1) initial disclosures as a person who has discoverable information.

The Defendant fails/refuses to supplement pursuant to Fed. R. Civ. P Rule 26 (e), identifying person(s) who has discoverable information. Plaintiff has conferred(Exhibit 1) with the Defendant prior to requesting the Court assistance in this matter.

Date: November 29, 2012                                    Respectfully Submitted

*[signature]*
Albert J. Isaac, Pro Se

*[signature]*
Rosetta W. Isaac, Pro Se
617 76th St S
Birmingham, AL 35206-5227
Phone (205)836-3075
to.silverfox@dfgh.net
Law.Godsaint@dfgh.net


**CERTIFICATE OF SERVICE**

We certify that a copy of the forgoing document has been served upon counsel for all parties listed below, via Hand Delivered, thereto:

Ferguson, Frost & Dodson, LLP
Mr. Neal D. Moore, III, Attorney at Law
2500 Acton Road, Suite 200
Birmingham, AL 35243-4210

Cloud & Tidwell, LLC
Mr. Jay Tidwell, Attorney at Law
1625 Richard Arrington Jr. Boulevard S
Birmingham, AL 35205-4901


This the day 29th November, 2012

*[signature]*
Albert J. Isaac, Pro Se

*[signature]*
Rosetta W. Isaac, Prose
617 76th St S
Birmingham, AL 35206-5227
Phone (205)836-3075
to.silverfox@dfgh.net
law.godsaint@dfgh.net

# EXHIBIT 1

Mr. & Mrs. Albert J. Isaac<br>
617 76th St S<br>
Birmingham, AL 35206-5227<br>
Phone (205)836-3075

November 9, 2012

**Via United States Postal Service Mail**                                    **REVISED**

Ferguson, Frost & Dodson, LLP
Mr. Fred D. Moore, III
2500 Acton Road, Suite 200
Birmingham, AL 35243-4210

    Re:  _____
           United States District Court, Northern District of Alabama Southern
           Division, Case No. CV-12-TMP-2030-S

Dear Mr. Moore,

    Pursuant to Fed. R. Civ. P Rule 26(a)(1)(A)(i)(ii)(iii)(iv), required disclosures initial disclosures, We the Plaintiffs want Defendant RMB, Inc (Defendant) to provide us the following:

(i) the name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment;
(ii) a copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment;
(iii) a computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered; and
(iv) for inspection and copying as under Rule 34, any insurance agreement under

which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

The Defendant RMB, Inc., Rule 26(a)(1) initial disclosures and responses that was submitted to us the Plaintiffs, does not meet the criteria that is specified in the Fed. R. Civ P Rule 26(a)(1)(i)(ii)(iii)(iv).

Cordially Yours,

*Gilbert J. Isaac*

*Rosetta W. Isaac*
Rosetta W. Isaac


cc/: Mr. Jay Tidwell, Attorney at Law