FILED
2013 Mar-13  PM 12:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

Albert J. Isaac                           )
Rosetta W. Isaac                          )
        Plaintiffs                )
                      )
vs.                                       )     Case NO: CV-12-TMP-2030-S
                      )
RMB, Inc.                                 )
Cloud & Tidwell, LLC                      )
        Defendants                )

## MOTION FOR SUMMARY JUDGEMENT
## TABLE OF CONTENTS FOR EXHIBITS

EXHIBIT 1    INCOMING TELEPHONE RECORDS  OF DEFENDANT RMB, INC.

EXHIBIT 2    DEFENDANT RMB, INC. CEASE & DESIST LETTER

EXHIBIT 3    DEFENDANT RMB, INC. U. S. POSTAL SERVICE CERTIFIED MAIL RETURN RECEIPT

EXHIBIT 4    INCOMING TELEPHONE RECORDS  OF DEFENDANT CLOUD & TIDWELL, LLC

EXHIBIT 5    DEFENDANT CLOUD & TIDWELL, LLC CEASE & DESIST LETTER

EXHIBIT 6    DEFENDANT CLOUD & TIDWELL, LLC U. S. POSTAL SERVICE CERTIFIED MAIL RETURN RECEIPT

EXHIBIT 7    DEFENDANT RMB, INC., CALLER DISCONNECT/TERMINATE THE TELEPHONE CALL

EXHIBIT 8    DEFENDANT CLOUD & TIDWELL, LLC, CALLER DISCONNECT/TERMINATE THE TELEPHONE CALL

EXHIBIT 9    DEFENDANT CLOUD & TIDWELL, LLC, LEAVING VOICE MAIL

EXHIBIT 10 DEFENDANT RMB, INC. COMMUNICATIONS WITH MRS . MARY

ELMORE
EXHIBIT 11  A COPY OF MR. NEAL D. MOORE, III CORRESPONDENCE

EXHIBIT 12  DEFENDANT  CLOUD  &  TIDWELL,  LLC'S  SUPPLEMENTAL
RESPONSES TO PLAINTIFFS INTERROGATORIES

EXHIBIT 13  DEFENDANT  CLOUD  &  TIDWELL,  LLC  RESPONSES  TO  THE
PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS

EXHIBIT 14 DEFENDANT RMB, INC. ANSWER

EXHIBIT 15  DEFENDANT CLOUD & TIDWELL, LLC ANSWER

DATE: March.12, 2013                          Respectfully Submitted

Albert J. Isaac, Pro Se

Rosetta W. Isaac, Pro SE
617 76th St S
Birmingham, AL 35206-5227
to.silverfox@dfgh.net
law.godsaint@dfgh.net

## CERTIFICATE OF SERVICE

We certify that a copy of the forgoing Motion for Summary Judgment content for Exhibits has been served upon counsel for all parties listed below  via Hand delivered, thereto:

Ferguson, Frost & Dodson, LLP
Mr. Neal D. Moore, III, Attorney at Law
2500 Acton Road, Suite 200
Birmingham, AL 35243-4210

Cloud & Tidwell, LLC
Mr. Jay Tidwell, Attorney at Law
1625 Richard Arrington Jr. Boulevard S
Birmingham, AL 35205-4901

This the 12th day, March 2013

Albert J. Isaac, Pro Se

Rosetta W. Isaac, Pro Se
617 76th St S
Birmingham, AL 35206-5227
Phone (205)836-3075
to.silverfox@dfgh.net
law.godsaint@dfgh.net

# EXHIBIT 1

| 7/4/2011 7:31:31 PM | | 205-836-3075 |
| 7/4/2011 7:25:14 PM | | 205-836-3075 |
| 7/4/2011 2:57:11 PM | | 205-836-3075 |
| 7/4/2011 8:57:07 AM | | 205-836-3075 |
| 7/3/2011 1:07:33 PM | | 205-836-3075 |
| 7/2/2011 7:35:39 AM | | 205-836-3075 |
| 7/1/2011 10:35:17 AM | | 205-836-3075 |
| 7/1/2011 8:01:37 AM | 865-694-1140 RMB, INC. | 205-836-3075 |

**Totals**

Print

## Acct. #                                    View Calls

PHONE LINE:      (All Lines)                          ● INCOMING CALLS
                                                        OUTBOUND CALLS
START DATE:      7/1/2011              ...

END DATE:        7/8/2011              ...

**Refresh**

| TOTAL CALLS | TOTAL PLAN MINUTES |
|-------------|--------------------|
| 43 | 159 |

Page 1 of 1

### ( (205)836-3075 Premium Unlimited Plan

| Start Time (CST) | Caller | | Call Dest # |
|------------------|--------|--|-------------|
| 7/8/2011 7:59:34 PM | أبيك | | 205-836-3075 |
| 7/8/2011 4:38:32 PM | أبيك | | 205-836-3075 |
| 7/8/2011 3:09:51 PM | أبك | ↩ | 205-836-3075 |
| 7/8/2011 1:32:00 PM | أبك | ↩ | 205-836-3075 |
| 7/8/2011 11:14:33 AM | أبك | | 205-836-3075 |
| 7/8/2011 8:11:15 AM | 865-251-4457 RMB, INC. | ↩ | 205-836-3075 |
| 7/8/2011 7:14:07 AM | أبك | ↩ | 205-836-3075 |
| 7/7/2011 8:02:32 PM | أبك | | 205-836-3075 |
| 7/7/2011 5:27:22 PM | 865-694-1140 RMB, INC. | ↩ | 205-836-3075 |

**RMB, INC.**

| | | | |
|---|---|---|---|
| 7/14/2011 7:01:22 PM | | | 205-836-3075 |
| 7/14/2011 6:59:17 PM | | | 205-836-3075 |
| 7/14/2011 6:44:39 PM | | | 205-836-3075 |
| 7/14/2011 6:44:11 PM | | | 205-836-3075 |
| 7/14/2011 6:44:00 PM | | | 205-836-3075 |
| 7/14/2011 6:37:49 PM | | | 205-836-3075 |
| 7/14/2011 4:04:50 PM | | | 205-836-3075 |
| 7/14/2011 2:38:14 PM | | | 205-836-3075 |
| 7/14/2011 12:44:53 PM | 865-694-1140 RMB, INC. | | 205-836-3075 |
| 7/14/2011 12:08:36 PM | | | 205-836-3075 |
| 7/14/2011 9:18:15 AM | | | 205-836-3075 |
| 7/14/2011 8:39:46 AM | 865-684-2141 RMB, INC. | | 205-836-3075 |

**Totals**

Print

# Acct. #                                          View Calls

PHONE LINE:      (All Lines)                                  ● INCOMING CALLS
                                                               · OUTBOUND CALLS
START DATE:      7/14/2011          ...

END DATE:        7/15/2011          ...

### Refresh

| TOTAL CALLS | TOTAL PLAN MINUTES |
|---|---|
| 23 | 55 |

Page 1 of 1

## ( (205)836-3075 Premium Unlimited Plan

| Start Time (CST) | Caller | Call Dest # |
|---|---|---|
| 7/15/2011 7:17:58 PM | | 205-836-3075 |
| 7/15/2011 5:08:44 PM | | 205-836-3075 |
| 7/15/2011 2:33:49 PM | | 205-836-3075 |
| 7/15/2011 12:07:06 PM | 865-694-1140 RMB, INC. | 205-836-3075 |
| 7/15/2011 11:20:50 AM | | 205-836-3075 |
| 7/15/2011 10:43:15 AM | | 205-836-3075 |
| 7/15/2011 9:57:16 AM | | 205-836-3075 |
| 7/15/2011 9:32:24 AM | | 205-836-3075 |
| 7/15/2011 9:11:05 AM | | 205-836-3075 |
| 7/15/2011 9:07:02 AM | | 205-836-3075 |

# Acct. #                    View Calls

PHONE LINE:      (All Lines)                                    ● INCOMING CALLS
                                                                  OUTBOUND CALLS
START DATE:      7/19/2011                    ...

END DATE:        7/19/2011                    ...

**Refresh**

| TOTAL CALLS | TOTAL PLAN MINUTES |
|---|---|
| 17 | 34 |

Page 1 of 1

## ( (205)836-3075 Premium Unlimited Plan

| Start Time (CST) | Caller | | Call Dest # |
|---|---|---|---|
| 7/19/2011 8:50:42 PM | اس | | 205-836-3075 |
| 7/19/2011 6:53:57 PM | اس | | 205-836-3075 |
| 7/19/2011 6:52:11 PM | اس | | 205-836-3075 |
| 7/19/2011 6:51:50 PM | اس | ☺ | 205-836-3075 |
| 7/19/2011 6:51:47 PM | اس | | 205-836-3075 |
| 7/19/2011 6:49:14 PM | اس | ☺ | 205-836-3075 |
| 7/19/2011 6:21:03 PM | اس 865-684-2141 RMB, INC. | ☺ | 205-836-3075 |
| 7/19/2011 4:03:49 PM | | ☺ | 205-836-3075 |
| 7/19/2011 3:58:01 PM | اس | ☺ | 205-836-3075 |
| 7/19/2011 2:35:41 PM | اس | ☺ | 205-836-3075 |
| 7/19/2011 2:20:24 PM | اس 865-684-2141 RMB, INC. | ☺ | 205-836-3075 |

| | | | |
|---|---|---|---|
| 7/22/2011 8:39:37 AM | **RMB, INC.** | | 205-836-3075 |
| 7/22/2011 8:26:57 AM | | | 205-836-3075 |
| 7/21/2011 8:17:32 PM | | | 205-836-3075 |
| 7/21/2011 5:18:25 PM | | | 205-836-3075 |
| 7/21/2011 3:28:07 PM | 865-694-1140 **RMB, INC.** | | 205-836-3075 |
| 7/21/2011 3:06:39 PM | | | 205-836-3075 |
| 7/21/2011 3:03:38 PM | | | 205-836-3075 |
| 7/21/2011 3:01:08 PM | | | 205-836-3075 |
| 7/21/2011 3:00:48 PM | | | 205-836-3075 |
| 7/21/2011 1:59:39 PM | | | 205-836-3075 |
| 7/21/2011 12:22:23 PM | | | 205-836-3075 |
| 7/21/2011 12:18:18 PM | | | 205-836-3075 |
| 7/21/2011 12:15:22 PM | | | 205-836-3075 |
| 7/21/2011 9:34:06 AM | | | 205-836-3075 |
| 7/21/2011 9:12:13 AM | | | 205-836-3075 |
| 7/21/2011 8:13:43 AM | | | 205-836-3075 |

**Totals**

Print

| 7/26/2011 12:42:51 PM | | | 205-836-3075 |
|---|---|---|---|
| 7/26/2011 11:06:45 AM | | | 205-836-3075 |
| 7/26/2011 10:02:25 AM | | | 205-836-3075 |
| 7/26/2011 9:50:57 AM | | | 205-836-3075 |
| 7/25/2011 6:05:23 PM | | | 205-836-3075 |
| 7/25/2011 6:04:31 PM | 865-251-4457 RMB, INC. | | 205-836-3075 |
| 7/25/2011 5:39:50 PM | 865-694-1140 RMB, INC. | | 205-836-3075 |
| 7/25/2011 1:53:42 PM | 865-694-1140 RMB, INC. | | 205-836-3075 |
| 7/25/2011 1:39:41 PM | 865-684-2141 RMB, INC. | | 205-836-3075 |
| 7/25/2011 12:09:15 PM | | | 205-836-3075 |
| 7/25/2011 10:52:22 AM | | | 205-836-3075 |
| 7/25/2011 9:53:02 AM | 865-694-1140 RMB, INC. | | 205-836-3075 |

**Totals**

Print

**Acct. #**                                                    **View Calls**

PHONE LINE:        (All Lines)                              ● INCOMING CALLS

START DATE:        7/25/2011                                   OUTBOUND CALLS

END DATE:          7/29/2011

**Refresh**

| TOTAL CALLS | TOTAL PLAN MINUTES |
|---|---|
| 48 | 131 |

Page 1 of 1

## (205)836-3075 Premium Unlimited Plan

| Start Time (CST) | Caller | | Call Dest # |
|---|---|---|---|
| 7/29/2011 7:55:51 PM | | | 205-836-3075 |
| 7/29/2011 4:13:18 PM | | | 205-836-3075 |
| 7/29/2011 3:51:40 PM | | | 205-836-3075 |
| 7/29/2011 3:14:39 PM | | | 205-836-3075 |
| 7/29/2011 2:52:35 PM | 865-694-1140 RMB, INC. | | 205-836-3075 |
| 7/29/2011 2:24:04 PM | | | 205-836-3075 |
| 7/29/2011 9:16:26 AM | | | 205-836-3075 |
| 7/28/2011 11:55:52 PM | | | 205-836-3075 |
| 7/28/2011 9:48:13 PM | | | 205-836-3075 |
| 7/28/2011 5:02:09 PM | | | 205-836-3075 |

| Date/Time | Number | | Number |
|---|---|---|---|
| 7/28/2011 12:51:57 PM | 865-684-2141 RMB, INC. | | 205-836-3075 |
| 7/28/2011 11:48:54 AM | | | 205-836-3075 |
| 7/28/2011 9:59:04 AM | | | 205-836-3075 |
| 7/28/2011 8:38:06 AM | 865-684-2141 RMB, INC. | | 205-836-3075 |
| 7/28/2011 8:18:21 AM | 865-684-2141 RMB, INC. | | 205-836-3075 |
| 7/27/2011 8:36:47 PM | | | 205-836-3075 |
| 7/27/2011 8:23:26 PM | | | 205-836-3075 |
| 7/27/2011 7:57:33 PM | | | 205-836-3075 |
| 7/27/2011 4:23:50 PM | | | 205-836-3075 |
| 7/27/2011 4:19:48 PM | | | 205-836-3075 |
| 7/27/2011 4:10:03 PM | | | 205-836-3075 |
| 7/27/2011 3:39:14 PM | | | 205-836-3075 |
| 7/27/2011 2:26:50 PM | | | 205-836-3075 |
| 7/27/2011 2:23:56 PM | | | 205-836-3075 |
| 7/27/2011 1:44:34 PM | | | 205-836-3075 |
| 7/27/2011 1:33:06 PM | | | 205-836-3075 |
| 7/27/2011 11:49:35 AM | | | 205-836-3075 |
| 7/27/2011 11:05:46 AM | | | 205-836-3075 |
| 7/27/2011 9:54:29 AM | | | 205-836-3075 |
| 7/27/2011 9:43:45 AM | | | 205-836-3075 |
| 7/27/2011 8:49:18 AM | 865-251-4457 RMB, INC. | | 205-836-3075 |
| 7/27/2011 8:12:09 AM | | | 205-836-3075 |
| 7/26/2011 8:11:02 PM | | | 205-836-3075 |
| 7/26/2011 5:09:55 PM | | | 205-836-3075 |
| 7/26/2011 4:09:20 PM | | | 205-836-3075 |

# EXHIBIT 2

**_Mr. & Mrs. ALBERT J. ISAAC_**

617 76TH STREET SOUTH
BIRMINGHAM, AL 35206-5227

July 8, 2011

RMB, Inc.
409 Bearden Park Circle
Knoxville, TN 37919-7448

TO Whom It May Concern:

    We, Albert J. Isaac and Rosetta W. Isaac, do not owe RMB, Inc. or any client of RMB, Inc., any monies. Upon your receipt of this cease communications letter. We want RMB, Inc. and/or its Agent(s), to stop calling our home phone (205)836-3075. Your phone calls to our home phone are a annoyance and intrusive, to us. Please stop calling us.

Cordially yours

Albert J. Isaac

Rosetta W. Isaac

# EXHIBIT 3

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RMB, Inc.
409 Bearden Park Circle
Knoxville, TN 37919-7448

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____  ☐ Agent
                            ☐ Addressee

B. Received by ( *Printed Name)*    C. Date of Delivery
Debbie Palmer

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ■ Certified Mail      ☐ Express Mail
   ☐ Registered          ■ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*          ☐ Yes

2. Article Number
   *(Transfer from s*        7009 1410 0000 0901 1519

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

# EXHIBIT 4

**Acct. #** | **View Calls**

| PHONE LINE | 205-836-3075 |  |
| START DATE: | 7-25-2011 | ... |
| END DATE: | 7-29-2011 | ... |

² INCOMING CALLS
  OUTBOUND CALLS

**Refresh**

| TOTAL CALLS | TOTAL PLAN MINUTES |
|---|---|
| 48 | 131 |

Page 1 of 1

< PREV | NEXT >

## (205)836-3075 Premium Unlimited Plan

| Start Time (CST) | Caller | Call Dest # | Location | Mins. |
|---|---|---|---|---|
| 7/29/2011 7:55:51 PM |  | 205-836-3075 |  | 15 |
| 7/29/2011 4:13:18 PM |  | 205-836-3075 |  | 4 |
| 7/29/2011 3:51:40 PM |  | 205-836-3075 |  | 1 |
| 7/29/2011 3:14:39 PM |  | 205-836-3075 |  | 1 |
| 7/29/2011 2:52:35 PM |  | 205-836-3075 |  | 1 |
| 7/29/2011 2:24:04 PM | 866-728-2098 CLOUD & TIDWELL | 205-836-3075 |  | 1 |
| 7/29/2011 9:16:26 AM |  | 205-836-3075 |  | 3 |
| 7/28/2011 11:55:52 PM |  | 205-836-3075 |  | 43 |
| 7/28/2011 9:48:13 PM |  | 205-836-3075 |  | 2 |
| 7/28/2011 5:02:09 PM |  | 205-836-3075 |  | 1 |
| 7/28/2011 3:30:09 PM |  | 205-836-3075 |  | 2 |
| 7/28/2011 12:51:57 PM |  | 205-836-3075 |  | 1 |
| 7/28/2011 11:48:54 AM |  | 205-836-3075 |  | 1 |
| 7/28/2011 9:59:04 AM |  | 205-836-3075 |  | 1 |
| 7/28/2011 8:33:06 AM |  | 205-836-3075 |  | 1 |
| 7/28/2011 8:18:21 AM |  | 205-836-3075 |  | 1 |
| 7/27/2011 8:36:47 PM |  | 205-836-3075 |  | 1 |
| 7/27/2011 8:23:26 PM |  | 205-836-3075 |  | 15 |
| 7/27/2011 7:57:33 PM |  | 205-836-3075 |  | 1 |
| 7/27/2011 4:23:50 PM | 866-728-2098 CLOUD & TIDWELL | 205-836-3075 |  | 1 |
| 7/27/2011 4:13:48 PM |  | 205-836-3075 |  | 1 |

| | | | |
|---|---|---|---|
| 7/27/2011 3:39:14 PM | | 205-836-3075 | 1 |
| 7/27/2011 2:26:50 PM | | 205-836-3075 | 1 |
| 7/27/2011 2:23:56 PM | | 205-836-3075 | 1 |
| 7/27/2011 1:44:34 PM | | 205-836-3075 | 1 |
| 7/27/2011 1:33:06 PM | | 205-836-3075 | 1 |
| 7/27/2011 11:49:35 AM | | 205-836-3075 | 1 |
| 7/27/2011 11:05:46 AM | | 205-836-3075 | 1 |
| 7/27/2011 9:54:29 AM | | 205-836-3075 | 1 |
| 7/27/2011 9:43:45 AM | | 205-836-3075 | 1 |
| 7/27/2011 8:49:18 AM | | 205-836-3075 | 1 |
| 7/27/2011 8:12:09 AM | | 205-836-3075 | 1 |
| 7/26/2011 8:11:02 PM | | 205-836-3075 | 7 |
| 7/26/2011 5:09:55 PM | | 205-836-3075 | 1 |
| 7/26/2011 4:09:20 PM | | 205-836-3075 | 1 |
| 7/26/2011 12:12:51 PM | | 205-836-3075 | 1 |
| 7/26/2011 11:06:45 AM | | 205-836-3075 | 1 |
| 7/26/2011 10:02:25 AM | | 205-836-3075 | 1 |
| 7/26/2011 9:50:57 AM | 866-728-2098<br>CLOUD & TIDWELL | 205-836-3075 | 1 |
| 7/25/2011 6:05:23 PM | 205 | 205-836-3075 | 1 |
| 7/25/2011 6:04:31 PM | | 205-836-3075 | 1 |
| 7/25/2011 5:39:50 PM | | 205-836-3075 | 1 |
| 7/25/2011 1:53:42 PM | | 205-836-3075 | 1 |
| 7/25/2011 1:39:41 PM | | 205-836-3075 | 1 |
| 7/25/2011 12:09:15 PM | 866-728-2098<br>CLOUD & TIDWELL | 205-836-3075 | 1 |
| 7/25/2011 10:52:22 AM | | 205-836-3075 | 1 |
| 7/25/2011 9:53:02 AM | | 205-836-3075 | 1 |

**Totals**                                                                                    **131**

< PREV   NEXT >

**Acct. #**                                        **View Calls**

PHONE LINE:      205-836-0075                           • INCOMING CALLS
                                                         OUTBOUND CALLS
START DATE:      8/2/2011        ...

END DATE:        8/4/2011        ...

                 SEARCH

| TOTAL CALLS | TOTAL PLAN MINUTES |
|---|---|
| 32 | 52 |

Page 1 of 1                                                    < PREV | NEXT >

### (205)836-3075 Premium Unlimited Plan

| Start Time (CST) | Caller | Call Dest # | Location | Mins. |
|---|---|---|---|---|
| 8/4/2011 8:44:14 PM |  | 205-836-3075 |  | 1 |
| 8/4/2011 8:34:13 PM |  | 205-836-3075 |  | 4 |
| 8/4/2011 7:12:16 PM |  | 205-836-3075 |  | 8 |
| 8/4/2011 7:05:18 PM |  | 205-836-3075 |  | 1 |
| 8/4/2011 4:45:28 PM |  | 205-836-3075 |  | 1 |
| 8/4/2011 4:16:25 PM |  | 205-836-3075 |  | 1 |
| 8/4/2011 3:50:19 PM |  | 205-836-3075 |  | 2 |
| 8/4/2011 2:37:17 PM |  | 205-836-3075 |  | 1 |
| 8/4/2011 2:35:07 PM |  | 205-836-3075 |  | 1 |
| 8/4/2011 2:22:18 PM |  | 205-836-3075 |  | 1 |
| 8/4/2011 12:41:52 PM |  | 205-836-3075 |  | 1 |
| 8/4/2011 11:50:22 AM |  | 205-836-3075 |  | 2 |
| 8/4/2011 10:54:54 AM |  | 205-836-3075 |  | 1 |
| 8/4/2011 10:52:32 AM |  | 205-836-3075 |  | 1 |
| 8/4/2011 8:39:12 AM | 866-728-2093 CLOUD & TIDWELL | 205-836-3075 |  | 1 |
| 8/4/2011 12:53:52 AM | 1 | 205-836-3075 |  | 1 |
| 8/4/2011 12:45:49 AM |  | 205-836-3075 |  | 1 |
| 8/4/2011 12:28:14 AM |  | 205-836-3075 |  | 1 |
| 8/3/2011 11:21:06 PM |  | 205-836-3075 |  | 1 |
| 8/3/2011 11:10:06 PM |  | 205-836-3075 |  | 1 |

| 8/3/2011 7:10:21 PM | | 205-836-3075 | 1 |
| 8/3/2011 5:44:01 PM | | 205-826-3075 | 3 |
| 8/3/2011 4:42:52 PM | | 205-836-3075 | 1 |
| 8/3/2011 1:59:26 PM | .. 866-728-2098<br>CLOUD & TIDWELL | 205-836-3075 | 1 |
| 8/3/2011 12:38:40 PM | | 205-836-3075 | 1 |
| 8/3/2011 12:17:16 PM | | 205-836-3075 | 1 |
| 8/3/2011 11:58:02 AM | | 205-836-3075 | 2 |
| 8/3/2011 11:45:13 AM | . . ... | 205-836-3075 | 1 |
| 8/3/2011 10:57:56 AM | | 205-836-3075 | 1 |
| 8/2/2011 8:59:20 PM | | 205-836-3075 | 6 |
| 8/2/2011 1:08:14 PM | | 205-836-3075 | 1 |
| 8/2/2011 10:38:01 AM | 866-728-2098<br>CLOUD & TIDWELL | 205-836-3075 | 1 |
| **Totals** | | | **52** |



< PREV  |  NEXT >

Acct. # [redacted] View Calls

PHONE LINE: [illegible]

START DATE: [illegible]

END DATE: [illegible]

INCOMING CALLS
OUTBOUND CALLS

| TOTAL CALLS | TOTAL PLAN MINUTES |
|---|---|
| 28 | 78 |

Page 1 of 1

PREV NEXT

**(205)836-3075 Premium Unlimited Plan**

| Start Time (CST) | Caller | Call Dest # | Location | Mins. |
|---|---|---|---|---|
| 1/26/2012 6:57:41 PM | | 205-836-3075 | | 1 |
| 1/26/2012 5:51:41 PM | | 205-836-3075 | | 11 |
| 1/26/2012 5:40:18 PM | | 205-836-3075 | | 1 |
| 1/26/2012 3:50:13 PM | | 205-836-3075 | | 7 |
| 1/26/2012 2:08:11 PM | | 205-836-3075 | | 1 |
| 1/26/2012 1:03:23 PM | | 205-836-3075 | | 2 |
| 1/26/2012 12:13:07 PM | | 205-836-3075 | | 1 |
| 1/26/2012 11:57:09 AM | | 205-836-3075 | | 3 |
| 1/26/2012 11:48:22 AM | | 205-836-3075 | | 1 |
| 1/26/2012 10:18:01 AM | | 205-836-3075 | | 1 |
| 1/26/2012 10:[illegible]:36 AM | | 205-836-3075 | | 2 |
| 1/26/2012 10:04:18 AM | | 205-836-3075 | | 2 |
| 1/26/2012 9:02:42 AM | [illegible]-728-[illegible] CLOUD & TIDWELL | 205-836-3075 | | 1 |
| 1/26/2012 8:46:42 AM | | 205-836-3075 | | 6 |
| 1/26/2012 8:[illegible] AM | | 205-836-3075 | | 1 |
| 1/25/2012 2:19:28 PM | | 205-836-3075 | | 4 |
| 1/25/2012 1:[illegible] PM | | 205-836-3075 | | 1 |
| 1/25/2012 12:58:57 PM | | 205-836-3075 | | 1 |
| 1/25/2012 12:[illegible] PM | | 205-836-3075 | | 2 |
| 1/25/2012 11:07:[illegible] AM | | 205-836-3075 | | 1 |
| 1/25/2012 [illegible]:42 AM | | 205-836-3075 | | 1 |
| 1/25/2012 6:29:58 AM | [illegible]-728-[illegible] CLOUD & TIDWELL | 205-836-3075 | | 1 |
| 1/25/2012 [illegible] | | 205-836-3075 | | 2 |
| 1/24/2012 5:42:39 PM | [illegible] | 205-836-3075 | | 18 |
| 1/24/2012 [illegible] | | 205-836-3075 | | 1 |
| 1/24/2012 2:[illegible] PM | | 205-836-3075 | | 3 |
| 1/24/2012 [illegible] | [illegible] CLOUD & TIDWELL | 205-836-3075 | | 1 |
| 1/24/2012 11:58:[illegible] AM | | 205-836-3075 | | 1 |
| Totals | | | | 78 |

**Acct. #**                          **View Calls**

PHONE LINE        205 836 3075              * INCOMING CALLS
                                             OUTBOUND CALLS
START DATE        1  /2012

END DATE          1  /2012

| TOTAL CALLS | TOTAL PLAN MINUTES | | | |
|---|---|---|---|---|
| 28 | 31 | | | |

Page 1 of 1                                              PREV    NEXT

| (205)836-3075 Premium Unlimited Plan | | | | |
|---|---|---|---|---|
| Start Time (CST) | Caller | Call Dest # | Location | Mins. |
| 1/30/2012 5:59:21 PM | | 205-836-3075 | | 1 |
| 1/30/2012 5:16:39 PM | | 205-836-3075 | | 1 |
| 1/29/2012 4:57:58 PM | | 205-836-3075 | | 1 |
| 1/29/2012 3:26:55 PM | | 205-836-3075 | | 1 |
| 1/30/2012 11:15:46 PM | 205-726-2057 CLOUD & TIDWELL | 205-836-3075 | | 1 |
| 1/30/2012 11:01:37 AM | | 205-836-3075 | | 1 |
| 1/30/2012 9:48:35 AM | | 205-836-3075 | | 1 |
| 1/30/2012 8:22:36 AM | | 205-836-3075 | | 1 |
| 1/29/2012 3:23:20 PM | | 205-836-3075 | | 1 |
| 1/29/2012 2:52:42 PM | | 205-836-3075 | | 1 |
| 1/29/2012 4:09:49 PM | | 205-836-3075 | | 1 |
| 1/29/2012 3:44:01 PM | | 205-836-3075 | | 1 |
| 1/29/2012 2:27:56 PM | | 205-836-3075 | | 1 |
| 1/29/2012 2:14:42 PM | | 205-836-3075 | | 3 |
| 1/29/2012 11:40:41 AM | | 205-836-3075 | | 1 |
| 1/28/2012 11:15:11 AM | | 205-836-3075 | | 1 |
| 1/29/2012 4:25:18 AM | 205-726-2057 CLOUD & TIDWELL | 205-836-3075 | | 1 |
| 1/27/2012 7:52:51 PM | | 205-836-3075 | | 1 |
| 1/27/2012 5:03:00 PM | | 205-836-3075 | | 1 |
| 1/27/2012 9:27:06 PM | | 205-836-3075 | | 1 |
| 1/27/2012 2:14:  PM | | 205-836-3075 | | 1 |
| 1/27/2012 2:12:39 PM | | 205-836-3075 | | 1 |
| 1/27/2012 11:06:56 AM | | 205-836-3075 | | 1 |
| 1/27/2012 10:47:10 AM | | 205-836-3075 | | 2 |
| 1/27/2012 11:47:  | | 205-836-3075 | | 1 |
| 1/27/2012 9:56:18 AM | 205-726-2057 CLOUD & TIDWELL | 205-836-3075 | | 1 |
| 1/27/2012 9:16:  AM | | 205-836-3075 | | 1 |
| 1/27/2012 8:14:14 AM | | 205-836-3075 | | 1 |
| **Totals** | | | | **31** |

**Acct. #**                                        **View Calls**

PHONE LINE:        205-836-3075                          ☑ INCOMING CALLS
                                                           OUTBOUND CALLS
START DATE:        1/31/2012              ...

END DATE:          2/16/2012              ...

                   [Search]

| TOTAL CALLS | TOTAL PLAN MINUTES |
|---|---|
| 51 | 52 |

Page 1 of 2                                              < PREV | NEXT >

### (205)836-3075 Premium Unlimited Plan

| Start Time (CST) | Caller | Call Dest # | Location | Mins. |
|---|---|---|---|---|
| 2/16/2012 7:04:14 PM | | 205-836-3075 | | 1 |
| 2/16/2012 6:26:18 PM | | 205-836-3075 | | 1 |
| 2/16/2012 8:58:33 AM | | 205-836-3075 | | 2 |
| 2/16/2012 7:39:21 AM | 866-728-2098 CLOUD & TIDWELL | 205-836-3075 | | 1 |
| 2/15/2012 5:57:10 PM | | 205-836-3075 | | 1 |
| 2/15/2012 10:26:53 AM | | 205-836-3075 | | 1 |
| 2/15/2012 9:58:12 AM | 3 | 205-836-3075 | | 1 |
| 2/15/2012 8:09:37 AM | 866-728-2098 CLOUD & TIDWELL | 205-836-3075 | | 1 |
| 2/14/2012 4:23:51 PM | 3 | 205-836-3075 | | 1 |
| 2/14/2012 1:55:36 PM | | 205-836-3075 | | 1 |
| 2/14/2012 12:39:52 PM | 866-728-2098 CLOUD & TIDWELL | 205-836-3075 | | 1 |
| 2/14/2012 8:55:21 AM | | 205-836-3075 | | 1 |
| 2/14/2012 8:45:01 AM | | 205-836-3075 | | 1 |
| 2/13/2012 2:36:16 PM | | 205-836-3075 | | 1 |
| 2/13/2012 7:58:23 AM | 866-728-2098 CLOUD & TIDWELL | 205-836-3075 | | 1 |
| 2/12/2012 6:37:43 PM | | 205-836-3075 | | 1 |
| 2/12/2012 2:58:48 PM | | 205-836-3075 | | 1 |
| 2/11/2012 9:41:24 AM | | 205-836-3075 | | 1 |
| 2/11/2012 8:01:39 AM | 866-728-2098 CLOUD & TIDWELL | 205-836-3075 | | 1 |
| 2/10/2012 7:51:07 AM | 866-728-2098 CLOUD & TIDWELL | 205-836-3075 | | 1 |

| | | | |
|---|---|---|---|
| 2/9/2012 5:19:52 PM | | 205-836-3075 | 1 |
| 2/9/2012 3:00:14 PM | | 205-836-3075 | 1 |
| 2/9/2012 9:43:26 AM | 866-728-2098<br>**CLOUD & TIDWELL** | 205-836-3075 | 1 |
| 2/9/2012 8:16:54 AM | | 205-836-3075 | 1 |
| 2/8/2012 6:27:35 PM | | 205-836-3075 | 1 |
| 2/8/2012 6:05:26 PM | | 205-836-3075 | 1 |
| 2/8/2012 4:24:46 PM | | 205-836-3075 | 1 |
| 2/8/2012 3:37:40 PM | | 205-836-3075 | 1 |
| 2/8/2012 1:30:06 PM | | 205-836-3075 | 1 |
| 2/8/2012 12:39:51 PM | | 205-836-3075 | 1 |
| 2/8/2012 12:38:24 PM | | 205-836-3075 | 1 |
| 2/8/2012 9:37:40 AM | | 205-836-3075 | 1 |
| 2/8/2012 9:14:05 AM | 866-728-2098<br>**CLOUD & TIDWELL** | 205-836-3075 | 1 |
| 2/7/2012 7:47:48 PM | | 205-836-3075 | 1 |
| 2/7/2012 11:20:39 AM | | 205-836-3075 | 1 |
| 2/7/2012 10:43:56 AM | 866-728-2098<br>**CLOUD & TIDWELL** | 205-836-3075 | 1 |
| 2/7/2012 10:31:34 AM | | 205-836-3075 | 1 |
| 2/7/2012 7:25:36 AM | | 205-836-3075 | 2 |
| 2/6/2012 11:15:23 AM | | 205-836-3075 | 1 |
| 2/6/2012 9:56:11 AM | 866-728-2098<br>**CLOUD & TIDWELL** | 205-836-3075 | 1 |
| 2/4/2012 5:11:55 PM | | 205-836-3075 | 1 |
| 2/4/2012 2:48:29 PM | | 205-836-3075 | 0 |
| 2/4/2012 1:50:21 PM | | 205-836-3075 | 1 |
| 2/3/2012 1:59:01 PM | | 205-836-3075 | 1 |
| 2/3/2012 8:45:24 AM | 866-728-2098<br>**CLOUD & TIDWELL** | 205-836-3075 | 1 |
| 2/2/2012 2:27:18 PM | | 205-836-3075 | 1 |
| 2/2/2012 8:21:22 AM | | 205-836-3075 | 1 |
| 2/2/2012 7:41:40 AM | 866-728-2098<br>**CLOUD & TIDWELL** | 205-836-3075 | 1 |
| 2/1/2012 7:16:21 AM | 866-728-2098<br>**CLOUD & TIDWELL** | 205-836-3075 | 1 |
| 1/31/2012 3:10:19 PM | | 205-836-3075 | 1 |

**Totals**                                                                         **51**

**Acct. #**                    **View Calls**

PHONE LINE        (205)836-3075

START DATE        2/20/2012

END DATE          3/4/2012

**TOTAL CALLS**          **TOTAL PLAN MINUTES**
29                       89

Page 1 of 1                                                PREV   NEXT

**(205)836-3075 Premium Unlimited Plan**

* INCOMING CALLS
  OUTGOING CALLS

| Start Time (CST) | Caller | Call Dest # | Location | Mins. |
|---|---|---|---|---|
| 2/24/2012 4:47:44 PM | | 205-836-3075 | | 1 |
| 2/24/2012 3:00:56 PM | | 205-836-3075 | | 1 |
| 2/24/2012 10:49:40 AM | | 205-836-3075 | | 1 |
| 2/24/2012 7:04:45 AM | 864-728-2698 CLOUD & TIDWELL | 205-836-3075 | | 1 |
| 2/23/2012 7:07:50 PM | | 205-836-3075 | | 1 |
| 2/23/2012 3:06:46 PM | * .C | 205-836-3075 | | 1 |
| 2/22/2012 2:24:27 PM | | 205-836-3075 | | 1 |
| 2/22/2012 11:41:25 AM | | 205-836-3075 | | 1 |
| 2/22/2012 10:27:22 AM | | 205-836-3075 | | 1 |
| 2/22/2012 8:53:19 AM | 864-728-2698 CLOUD & TIDWELL | 205-836-3075 | | 1 |
| 2/21/2012 8:26:28 AM | | 205-836-3075 | | 1 |
| 2/21/2012 6:03:52 PM | | 205-836-3075 | | 1 |
| 2/21/2012 11:22:42 AM | | 205-836-3075 | | 8 |
| 2/21/2012 11:22:39 AM | | 205-836-3075 | | 1 |
| 2/21/2012 11:21:45 AM | | 205-836-3075 | | 1 |
| 2/21/2012 11:21:37 AM | | 205-836-3075 | | 1 |
| 2/21/2012 11:21:28 AM | | 205-836-3075 | | 1 |
| 2/21/2012 11:21:19 AM | | 205-836-3075 | | 1 |
| 2/21/2012 11:16:36 AM | | 205-836-3075 | | 1 |
| 2/21/2012 10:05:19 AM | | 205-836-3075 | | 30 |
| 2/21/2012 10:12:01 AM | | 205-836-3075 | | 4 |
| 2/21/2012 9:15:57 AM | | 205-836-3075 | | 10 |
| 2/21/2012 8:04:47 AM | | 205-836-3075 | | 2 |
| 2/21/2012 4:10:46 AM | | 205-836-3075 | | 2 |
| 2/21/2012 12:57:15 AM | | 205-836-3075 | | 1 |
| 2/20/2012 13:34:33 AM | | 205-836-3075 | | 1 |
| 2/20/2012 8:25:49 AM | 864-728-2698 CLOUD & TIDWELL | 205-836-3075 | | 1 |
| 2/20/2012 5:25:42 AM | | 205-836-3075 | | 1 |
| 2/20/2012 | | 205-836-3075 | | 1 |
| **Totals** | | | | **89** |

**Acct. #**                          **View Calls**

PHONE LINE      205 836 3075

START DATE      2/2/2012

END DATE        3/2/2012

| TOTAL CALLS | TOTAL PLAN MINUTES |
|---|---|
| 31 | 41 |

* INCOMING CALLS
  OUTBOUND CALLS

Page 1 of 1                                    PREV   NEX..

### (205)836-3075 Premium Unlimited Plan

| Start Time (CST) | Caller | Cell Dest # | Location | Mins. |
|---|---|---|---|---|
| 3/2/2012 5:19:38 PM | | 205-836-3075 | | 2 |
| 3/2/2012 5:13:47 PM | | 205-836-3075 | | 2 |
| 3/2/2012 5:07:03 PM | | 205-836-3075 | | 1 |
| 3/2/2012 4:49:01 PM | | 205-836-3075 | | 1 |
| 3/2/2012 2:05:21 PM | CLOUD & TIDWELL | 205-836-3075 | | 1 |
| 3/2/2012 12:15:28 PM | | 205-836-3075 | | 1 |
| 3/1/2012 2:05:50 PM | | 205-836-3075 | | 2 |
| 3/1/2012 1:01:34 PM | | 205-836-3075 | | 1 |
| 3/1/2012 11:35:40 AM | | 205-835-3075 | | 1 |
| 3/1/2012 11:23:03 AM | | 205-836-3075 | | 2 |
| 3/1/2012 9:36:44 AM | CLOUD & TIDWELL | 205-836-3075 | | 1 |
| 2/29/2012 6:15:42 PM | | 205-936-3075 | | 1 |
| 2/29/2012 5:52:43 PM | | 205-836-3075 | | 1 |
| 2/29/2012 5:43:57 PM | | 205-936-3075 | | 1 |
| 2/29/2012 1:02:24 PM | | 205-836-3075 | | 1 |
| 2/29/2012 12:29:52 PM | | 205-836-3075 | | 1 |
| 2/29/2012 12:03:53 PM | | 205-836-3075 | | 1 |
| 2/29/2012 8:54:52 AM | | 205-836-3075 | | 1 |
| 2/24/2012 9:49:42 AM | CLOUD & TIDWELL | 205-836-3075 | | 1 |
| 2/28/2012 5:29:57 PM | | 205-836-3075 | | 1 |
| 2/28/2012 5:05:23 PM | | 205-836-3075 | | 1 |
| 2/28/2012 4:47:40 PM | | 205-836-3075 | | 8 |
| 2/28/2012 2:09:44 PM | | 205-836-3075 | | 1 |
| 2/28/2012 12:31:44 PM | | 205-836-3075 | | 1 |
| 2/28/2012 11:11:28 AM | | 205-836-3075 | | 1 |
| 2/29/2012 10:06:04 AM | | 205-836-3075 | | 1 |
| 2/29/2012 8:41:42 AM | | 205-836-3075 | | 1 |
| 2/28/2012 7:58:16 AM | CLOUD & TIDWELL | 205-836-3075 | | 1 |
| 2/27/2012 2:17:59 PM | | | | |
| 2/27/2012 11:15:18 AM | | 205-836-3075 | | 1 |
| 2/27/2012 12:14:18 PM | CLOUD & TIDWELL | 205-836-3075 | | 1 |

**Acct. #** **View Calls**

PHONE LINE:

START DATE:

END DATE

○ INCOMING CALLS
 OUTBOUND CALLS

| TOTAL CALLS | TOTAL PLAN MINUTES |
|---|---|
| 22 | 67 |

Page 1 of 1    &lt; PREV   NEXT &gt;

### (205)836-3075 Premium Unlimited Plan

| Start Time (CST) | Caller | Call Dest # | Location | Mins. |
|---|---|---|---|---|
| 3/7/2012 7:09:20 PM | | 205-836-3075 | | 2 |
| 3/7/2012 5:37:37 PM | | 205-836-3075 | | 1 |
| 3/7/2012 4:59:19 PM | | 205-836-3075 | | 1 |
| 3/7/2012 4:01:35 PM | | 205-836-3075 | | 33 |
| 3/7/2012 3:25:11 PM | | 205-836-3075 | | 1 |
| 3/7/2012 2:44:23 PM | | 205-836-3075 | | 8 |
| 3/7/2012 9:43:53 AM | 866-728-7098 CLOUD & TIDWELL | 205-836-3075 | | 1 |
| 3/7/2012 9:20:01 AM | | 205-836-3075 | | 1 |
| 3/7/2012 7:20:32 AM | | 205-836-3075 | | 1 |
| 3/6/2012 7:12:34 PM | | 205-836-3075 | | 1 |
| 3/6/2012 5:19:25 PM | | 205-836-3075 | | 1 |
| 3/6/2012 2:33:22 PM | | 205-836-3075 | | 1 |
| 3/6/2012 1:42:04 PM | | 205-836-3075 | | 1 |
| 3/6/2012 11:12:33 AM | | 205-836-3075 | | 1 |
| 3/6/2012 7:19:12 AM | 866-728-7098 CLOUD & TIDWELL | 205-836-3075 | | 1 |
| 3/5/2012 6:45:24 PM | | 205-836-3075 | | 1 |
| 3/5/2012 6:30:53 PM | | 205-836-3075 | | 6 |
| 3/5/2012 5:40:09 PM | | 205-836-3075 | | 1 |
| 3/5/2012 2:52:50 PM | | 205-836-3075 | | 1 |
| 3/5/2012 1:33:56 PM | | 205-836-3075 | | 1 |
| 3/5/2012 8:22:00 AM | 866-728-7098 CLOUD & TIDWELL | 205-836-3075 | | 1 |
| 3/5/2012 7:20:16 AM | | 205-836-3075 | | 1 |

**Acct. #**                          **View Calls**

PHONE LINE     2.5 2.5 - 075                ● INCOMING CALLS
                                                                                OUTBOUND CALLS

START DATE:     1/1/2013        ...

END DATE:      7/24/2012       ...

| TOTAL CALLS | TOTAL PLAN MINUTES |
|---|---|
| 62 | 196 |

Page 1 of 2

| (205)836-3075 Premium Unlimited Plan | | | | |
|---|---|---|---|---|
| Start Time (CST) | Caller | Call Dest # | Location | Mins. |
| 3/26/2012 8:55:34 PM | | 205-836-3075 | | 48 |
| 3/26/2012 8:04:09 PM | | 205-836-3075 | | 1 |
| 3/26/2012 7:15:22 PM | | 205-836-3075 | | 1 |
| 3/26/2012 5:40:53 PM | | 205-836-3075 | | 1 |
| 3/26/2012 5:30:58 PM | | 205-836-3075 | | 1 |
| 3/26/2012 5:00:00 PM | | 205-836-3075 | | 1 |
| 3/26/2012 4:18:00 PM | | 205-836-3075 | | 1 |
| 3/26/2012 11:47:10 AM | | 205-836-3075 | | 1 |
| 3/26/2012 11:28:04 AM | 866-728-2598 CLOUD & TIDWELL | 205-836-3075 | | 1 |
| 3/26/2012 11:20:35 AM | | 205-836 3075 | | 1 |
| 3/26/2012 9:54:36 AM | | 205-836-3075 | | 1 |
| 3/25/2012 8:23:09 PM | | 205-836-3075 | | 19 |
| 3/25/2012 7:06:05 PM | | 205-836-3075 | | 1 |
| 3/25/2012 7:05:31 PM | | 205-836-3075 | | 1 |
| 3/25/2012 6:45:36 PM | | 205-836-3075 | | 1 |
| 3/25/2012 6:42:09 PM | | 205-836-3075 | | 1 |
| 3/25/2012 5:16:38 PM | | 205-836-3075 | | 1 |
| 3/24/2012 4:19:50 PM | | 205-836-3075 | | 1 |
| 3/24/2012 4:13:48 PM | | 205-836-3075 | | 2 |
| 3/24/2012 8:17:28 AM | 866-728-2598 CLOUD & TIDWELL | 205-836-3075 | | 1 |
| 3/23/2012 8:19:12 PM | | 205-836-3075 | | 11 |
| 3/23/2012 8:01:04 PM | | 205-836-3075 | | 9 |
| 3/23/2012 7:44:38 PM | | 205-836-3075 | | 1 |
| 3/23/2012 7:19:04 PM | | 205-836-3075 | | 1 |

| | | | |
|---|---|---|---|
| 3/23/2012 5:17:06 PM | | 205-836-3075 | 8 |
| 3/23/2012 11:17:45 AM | | 205-836-3075 | 1 |
| 3/23/2012 10:15:45 AM | | 205-836-3075 | 1 |
| 3/23/2012 7:42:59 AM | | 205-836-3075 | 1 |
| 3/22/2012 8:06:05 PM | | 205-836-3075 | 1 |
| 3/22/2012 7:44:56 PM | | 205-836-3075 | 1 |
| 3/22/2012 6:23:23 PM | | 205-836-3075 | 1 |
| 3/22/2012 5:07:02 PM | | 205-836-3075 | 6 |
| 3/22/2012 11:28:56 AM | 866-728-2098 CLOUD & TIDWELL | 205-836-3075 | 1 |
| 3/22/2012 10:41:50 AM | | 205-836-3075 | 1 |
| 3/21/2012 8:15:33 PM | | 205-836-3075 | 1 |
| 3/21/2012 4:00:24 PM | | 205-836-3075 | 6 |
| 3/21/2012 3:45:39 PM | | 205-836-3075 | 2 |
| 3/21/2012 2:11:14 PM | 866-728-2098 CLOUD & TIDWELL | 205-836-3075 | 1 |
| 3/21/2012 11:03:25 AM | | 205-836-3075 | 2 |
| 3/21/2012 10:54:03 AM | | 205-836-3075 | 2 |
| 3/21/2012 10:20:24 AM | | 205-836-3075 | 1 |
| 3/21/2012 9:32:20 AM | | 205-836-3075 | 1 |
| 3/20/2012 6:18:50 PM | | 205-836-3075 | 1 |
| 3/20/2012 5:20:08 PM | | 205-836-3075 | 1 |
| 3/20/2012 3:38:08 PM | | 205-836-3075 | 1 |
| 3/20/2012 1:43:18 PM | | 205-836-3075 | 1 |
| 3/20/2012 1:00:55 PM | | 205-836-3075 | 1 |
| 3/20/2012 10:46:53 AM | | 205-836-3075 | 1 |
| 3/20/2012 10:42:17 AM | | 205-836-3075 | 1 |
| 3/20/2012 10:22:52 AM | 866-728-2098 CLOUD & TIDWELL | 205-836-3075 | 1 |
| **Totals** | | | **168** |

**Acct. #**                          **View Calls**

PHONE LINE:      205-836-3075

START DATE:      3/27/2012                  ....

END DATE:        3/30/2012                  ....

            **[Search]**

| TOTAL CALLS | TOTAL PLAN MINUTES |
|-------------|--------------------|
| 46          | 233                |

• INCOMING CALLS
  OUTBOUND CALLS

Page 1 of 1                                                   < PREV   NEXT >

### (205)836-3075 Premium Unlimited Plan

| Start Time (CST) | Caller | Call Dest # | Location | Mins. |
|------------------|--------|-------------|----------|-------|
| 3/30/2012 5:50:59 PM | | 205-836-3075 | | 15 |
| 3/30/2012 3:30:58 PM | | 205-836-3075 | | 2 |
| 3/30/2012 3:19:58 PM | | 205-836-3075 | | 1 |
| 3/30/2012 2:17:05 PM | 866-728-2098 CLOUD & TIDWELL | 205-836-3075 | | 1 |
| 3/30/2012 1:42:33 PM | | 205-836-3075 | | 1 |
| 3/30/2012 9:57:50 AM | | 205-836-3075 | | 1 |
| 3/29/2012 4:07:05 PM | | 205-836-3075 | | 1 |
| 3/29/2012 3:59:25 PM | 866-728-2098 CLOUD & TIDWELL | 205-836-3075 | | 1 |
| 3/29/2012 2:41:59 PM | E | 205-836-3075 | | 1 |
| 3/29/2012 2:38:01 PM | | 205-836-3075 | | 1 |
| 3/29/2012 2:32:13 PM | | 205-836-3075 | | 1 |
| 3/29/2012 12:13:47 PM | | 205-836-3075 | | 1 |
| 3/29/2012 10:54:10 AM | | 205-836-3075 | | 10 |
| 3/29/2012 9:47:49 AM | | 205-836-3075 | | 1 |
| 3/29/2012 9:10:54 AM | | 205-836-3075 | | 2 |
| 3/28/2012 8:50:40 PM | | 205-836-3075 | | 105 |
| 3/28/2012 7:11:56 PM | | 205-836-3075 | | 1 |
| 3/28/2012 6:49:44 PM | | 205-836-3075 | | 1 |
| 3/28/2012 6:46:41 PM | | 205-836-3075 | | 5 |
| 3/28/2012 6:19:16 PM | | 205-836-3075 | | 3 |
| 3/28/2012 5:39:38 PM | | 205-836-3075 | | 10 |
| 3/28/2012 4:38:58 PM | | 205-836-3075 | | 1 |
| 3/28/2012 3:06:21 PM | | 205-836-3075 | | 1 |
| 3/28/2012 11:06:32 AM | 866-728-2098 CLOUD & TIDWELL | 205-836-3075 | | 1 |

| Date/Time | Source | Number | Count |
|---|---|---|---|
| 3/28/2012 10:52:01 AM | | 205-836-3075 | 2 |
| 3/28/2012 8:56:43 AM | | 205-836-3075 | 1 |
| 3/28/2012 8:56:19 AM | | 205-836-3075 | 1 |
| 3/28/2012 8:55:07 AM | | 205-836-3075 | 1 |
| 3/27/2012 9:30:25 PM | | 205-836-3075 | 1 |
| 3/27/2012 7:31:17 PM | | 205-836-3075 | 3 |
| 3/27/2012 6:26:47 PM | | 205-836-3075 | 1 |
| 3/27/2012 3:49:03 PM | | 205-836-3075 | 2 |
| 3/27/2012 3:46:08 PM | | 205-836-3075 | 1 |
| 3/27/2012 3:12:05 PM | | 205-836-3075 | 2 |
| 3/27/2012 2:35:42 PM | | 205-836-3075 | 2 |
| 3/27/2012 2:28:12 PM | | 205-836-3075 | 2 |
| 3/27/2012 2:26:27 PM | , 866-778-2898 CLOUD & TIDWELL | 205-836-3075 | 1 |
| 3/27/2012 1:59:43 PM | | 205-836-3075 | 1 |
| 3/27/2012 1:09:20 PM | | 205-836-3075 | 27 |
| 3/27/2012 12:11:36 PM | | 205-836-3075 | 1 |
| 3/27/2012 10:48:48 AM | | 205-836-3075 | 2 |
| 3/27/2012 10:46:42 AM | | 205-836-3075 | 1 |
| 3/27/2012 10:41:44 AM | | 205-836-3075 | 2 |
| 3/27/2012 9:56:31 AM | | 205-836-3075 | 1 |
| 3/27/2012 9:50:43 AM | | 205-836-3075 | 1 |
| 3/27/2012 9:47:02 AM | | 205-836-3075 | 1 |

**Totals** 233

**Acct. #**                                           **View Calls**

PHONE LINE:      205-826-3075

START DATE:      4/3/2012        ...

END DATE:        4/5/2012        ...

| TOTAL CALLS | TOTAL PLAN MINUTES |
|---|---|
| 33 | 105 |

☒ INCOMING CALLS
☐ OUTBOUND CALLS

Page 1 of 1

| (205)836-3075 Premium Unlimited Plan | | | | |
|---|---|---|---|---|
| Start Time (CST) | Caller | Call Dest # | Location | Mins. |
| 4/5/2012 7:18:02 PM | | 205-836-3075 | | 1 |
| 4/5/2012 5:53:31 PM | ... | 205-836-3075 | | 1 |
| 4/5/2012 4:56:37 PM | | 205-836-3075 | | 1 |
| 4/5/2012 4:25:42 PM | 866-728-2098 CLOUD & TIDWELL | 205-836-3075 | | 1 |
| 4/5/2012 4:05:14 PM | ... | 205-836-3075 | | 32 |
| 4/5/2012 3:43:29 PM | . | 205-836-3075 | | 1 |
| 4/5/2012 11:54:16 AM | ... | 205-836-3075 | | 1 |
| 4/4/2012 6:41:34 PM | ... | 205-836-3075 | | 1 |
| 4/4/2012 5:48:56 PM | ... | 205-836-3075 | | 1 |
| 4/4/2012 4:32:35 PM | .. | 205-836-3075 | | 15 |
| 4/4/2012 4:30:57 PM | | 205-836-3075 | | 1 |
| 4/4/2012 4:30:19 PM | . | 205-836-3075 | | 1 |
| 4/4/2012 4:30:09 PM | . | 205-836-3075 | | 1 |
| 4/4/2012 4:29:33 PM | ... | 205-836-3075 | | 1 |
| 4/4/2012 4:29:14 PM | . | 205-836-3075 | | 1 |
| 4/4/2012 4:29:01 PM | .. | 205-836-3075 | | 1 |
| 4/4/2012 3:03:17 PM | ... | 205-836-3075 | | 1 |
| 4/4/2012 3:07:31 PM | | 205-836-3075 | | 1 |
| 4/4/2012 11:07:06 AM | 866-723-2098 CLOUD & TIDWELL | 205-836-3075 | | 1 |
| 4/3/2012 8:52:23 PM | | 205-836-3075 | | 7 |
| 4/3/2012 8:09:28 PM | . | 205-836-3075 | | 1 |
| 4/3/2012 6:53:25 PM | | 205-836-3075 | | 1 |
| 4/3/2012 3:46:27 PM | | 205-836-3075 | | 1 |
| 4/3/2012 12:14:52 PM | | 205-836-3075 | | 1 |

| | | | |
|---|---|---|---|
| 4/3/2012 8:00:20 AM | | 205-836-3075 | 1 |
| 4/2/2012 8:12:06 PM | | 205-836-3075 | 21 |
| 4/2/2012 5:11:24 PM | | 205-836-3075 | 1 |
| 4/2/2012 4:23:48 PM | | 205-836-3075 | 2 |
| 4/2/2012 1:20:54 PM | | 205-836-3075 | 1 |
| 4/2/2012 10:15:57 AM | | 205-836-3075 | 1 |
| 4/2/2012 10:08:01 AM | | 205-836-3075 | 1 |
| 4/2/2012 8:20:29 AM | 866-728-7098 CLOUD & TIDWELL | 205-836-3075 | 1 |
| 4/2/2012 8:06:20 AM | | 205-836-3075 | 1 |
| **Totals** | | | **105** |

**Acct.**                                    **View Calls**

PHONE LINE:    205-751-....-...

START DATE:    4-12-12   [...]

END DATE:      4.16.29..   [...]

TOTAL CALLS                TOTAL PLAN MINUTES
94                         302

Page 1 of 2                                            GREV    NEXT

| (205)836-3075 Premium Unlimited Plan | | | | |
|---|---|---|---|---|
| **Start Time (CST)** | **Caller** | **Call Dest #** | **Location** | **Mins.** |
| 4/16/2012 10:17:22 PM | | 205-836-3075 | | 3 |
| 4/16/2012 6:35:40 PM | ,. | 205-836-3075 | | 1 |
| 4/16/2012 6:35:17 PM | | 205-836-3075 | | 1 |
| 4/16/2012 6:35:00 PM | | 205-836-3075 | | 1 |
| 4/16/2012 6:03:51 PM | ... | 205-836-3075 | | 1 |
| 4/16/2012 6:03:38 PM | | 205-836-3075 | | 1 |
| 4/16/2012 3:25:15 PM | ... | 205-836-3075 | | 1 |
| 4/16/2012 3:20:52 PM | ...2 | 205-836-3075 | | 2 |
| 4/16/2012 12:53:50 PM | | 205-836-3075 | | 4 |
| 4/16/2012 10:33:23 AM | 866-728-2098 CLOUD & TIDWELL | 205-836-3075 | | 1 |
| 4/15/2012 8:04:12 PM | | 205-836-3075 | | 2 |
| 4/15/2012 7:19:37 PM | | 205-836-3075 | | 1 |
| 4/15/2012 7:04:40 PM | ... | 205-836-3075 | | 27 |
| 4/15/2012 4:22:28 PM | | 205-836-3075 | | 1 |
| 4/14/2012 5:17:29 PM | | 205-836-3075 | | 1 |
| 4/14/2012 1:29:29 PM | | 205-836-3075 | | 1 |
| 4/14/2012 11:43:10 AM | | 205-836-3075 | | 3 |
| 4/14/2012 10:48:51 AM | . | 205-836-3075 | | 1 |
| 4/14/2012 10:48:33 AM | | 205-836-3075 | | 1 |
| 4/14/2012 10:43:18 AM | ... | 205-836-3075 | | 1 |
| 4/14/2012 10:40:41 AM | | 205-836-3075 | | 1 |
| 4/14/2012 10:38:32 AM | | 205-836-3075 | | 1 |
| 4/14/2012 10:38:00 AM | | 205-836-3075 | | 1 |
| 4/14/2012 8:03:29 AM | | 205-836-3075 | | 1 |

## Acct. #                          View Calls

PHONE LINE:      205 326 3075          • INCOMING CALLS
                                         OUTBOUND CALLS
START DATE:      4/x/12
END DATE:        4/16/12

**Search**

| TOTAL CALLS | TOTAL PLAN MINUTES |
|---|---|
| 94 | 302 |

Page 2 of 2                                              PRINT   BACK

### (205)836-3075 Premium Unlimited Plan

| Start Time (CST) | Caller | Call Dest # | Location | Mins. |
|---|---|---|---|---|
| 4/10/2012 9:29:14 PM | | 205 836 3075 | | 1 |
| 4/10/2012 8:19:28 PM | | 205-836-3075 | | 3 |
| 4/10/2012 8:08:16 PM | | 205-836-3075 | | 8 |
| 4/10/2012 7:23:50 PM | | 205 836-3075 | | 1 |
| 4/10/2012 6:26:03 PM | | 205-836-3075 | | 2 |
| 4/10/2012 4:36:42 PM | | 205-836-3075 | | 2 |
| 4/10/2012 4:21:59 PM | | 205-836-3075 | | 1 |
| 4/10/2012 3:41:53 PM | | 205-836-3075 | | 1 |
| 4/10/2012 1:17:13 PM | | 205 836-3075 | | 1 |
| 4/10/2012 1:11:21 PM | | 205-836-3075 | | 1 |
| 4/10/2012 11:40:15 AM | | 205 836 3075 | | 1 |
| 4/10/2012 8:59:52 AM | | 205-836-3075 | | 1 |
| 4/10/2012 8:37:14 AM | | 205 836 3075 | | 1 |
| 4/10/2012 8:31:33 AM | | 205-836-3075 | | 1 |
| 4/9/2012 11:19:56 PM | | 205 836 3075 | | 1 |
| 4/9/2012 9:28:36 PM | | 205 836 3075 | | 1 |
| 4/9/2012 7:15:36 PM | | 205 836 3075 | | 1 |
| 4/9/2012 3:43:39 PM | 866-728-2098 CLOUD & TIDWELL | 205-836-3075 | | 1 |
| 4/9/2012 2:12:48 PM | 866 728 2098 CLOUD & TIDWELL | 205-836-3075 | | 1 |
| 4/9/2012 2:04:27 PM | | 205 836 3075 | | 1 |
| 4/9/2012 1:21:45 PM | | 205-836-3075 | | 1 |
| 4/9/2012 11:00:52 AM | | 205 836 3075 | | 1 |
| 4/9/2012 9:39:12 AM | | 205 836 3075 | | 1 |
| 4/9/2012 9:09:54 AM | | 205-836-3075 | | 4 |

Case 2:12-cv-02030-TMP   Document 1   Filed 05/31/12   Page 46 of 50

| | | | |
|---|---|---|---|
| 4/8/2012 7:48:34 PM | . | 205-836-3075 | 10 |
| 4/8/2012 7:38:35 PM | | 205-836-3075 | 1 |
| 4/8/2012 6:58:42 PM | | 205-836-3075 | 1 |
| 4/8/2012 6:58:28 PM | | 205-836-3075 | 1 |
| 4/8/2012 6:53:31 PM | . | 205-836-3075 | 14 |
| 4/8/2012 6:50:03 PM | . | 205-836-3075 | 1 |
| 4/8/2012 3:26:52 PM | | 205-836-3075 | 1 |
| 4/8/2012 10:38:50 AM | . . | . | 205-836-3075 | 1 |
| 4/7/2012 8:10:34 PM | | 205-836-3075 | 9 |
| 4/7/2012 3:01:20 PM | | 205-836-3075 | 1 |
| 4/7/2012 1:34:35 PM | | 205-836-3075 | 1 |
| 4/6/2012 6:57:47 PM | . | 205-836-3075 | 1 |
| 4/6/2012 6:26:08 PM | | 205-836-3075 | 5 |
| 4/6/2012 4:38:15 PM | | 205-836-3075 | 1 |
| 4/6/2012 3:36:29 PM | | 205-836-3075 | 14 |
| 4/6/2012 3:28:03 PM | 866-728-2098 **CLOUD & TIDWELL** | 205-836-3075 | 1 |
| 4/6/2012 3:25:48 PM | . | 205-836-3075 | 1 |
| 4/6/2012 1:40:32 PM | . | 205-836-3075 | 1 |
| 4/6/2012 10:01:32 AM | . | 205-836-3075 | 1 |
| 4/6/2012 8:23:11 AM | .' . | 205-836-3075 | 2 |
| **Totals** | | | **113** |

# EXHIBIT 5

Mr. & Mrs. Albert J. Isaac
617 76ᵗʰ ST S
Birmingham, AL 35206-5227

July 29, 2011

Cloud & Tidwell, LLC
1625 Richard Arrington Jr. Blvd. S
Birmingham, Alabama 35205-4901

TO WHOM IT MAY CONCERN:

Albert J. Isaac, and/or Rosetta W. Isaac do not owe any monies to Cloud & Tidwell, LLC, or any client(s) of Cloud & Tidwell, LLC, nor do we have any account. Cloud & Tidwell, LLC telephone calls, that causes our residential telephone(205)836-3075 to ring, is very annoying, intrusive, and a invasion of our privacy. Upon Cloud & Tidwell, LLC receipt of this cease communication letter, we want Cloud & Tidwell, LLC to stop calling our residential telephone(205)836-3075.

Should Cloud & Tidwell, LLC continue to cause our residential telephone to ring, hang up when the call is answered, contact us by telephone for conversation, and/or leave us any voice mail messages. We will perceive these acts to be hostile, with the intent to harass us.

Cordially,

Albert J. Isaac

# EXHIBIT 6

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by ( Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Cloud & Tidwell, LLC
1625 Richard Arrington Jr. Blvd. S
Birmingham, Alabama 35205-4901

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7009 1410 0000 0901 1526

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

CV-12-TMP-2030 S

Exhibit 7

CD -

Filed conventionally

CV-12-TMP-20305

Exhibit 8

CD -
FILED Conventionally

D. OF ALABAMA
U.S. DISTRICT C
B MAR 12 P 12: 48
RECEIV

CV-12-TMP-2030S

Exhibit 9

CD -
FILED Conventionally

# EXHIBIT 10

409 Bearden Park Circle
Knoxville, TN 37919

| Account Name | Mary W Elmore |
|---|---|
| Reference | RMB HOLDINGS LLC |
| | 818238 |
| Date | 08/03/11 |
| Client Reference | S0722771425 |
| Total Due | $403.10 |

3091-PDU   265031340846   645 / 0000256 / 0001

Mary W Elmore
2831 Highland Ave S # 239
Birmingham, AL 35205-1801

### AGREEMENT CONFIRMATION LETTER -- KEEP A COPY OF THIS LETTER FOR FUTURE REFERENCE

As we agreed in our recent phone conversation we are expecting your first payment in the amount of **$25.00** in our office by **09/01/11**.

You will not receive a monthly statement, but should use the enclosed coupons when making your monthly payments.

As a service to you, we can draft your checking account for your monthly payment. There is no additional charge for this service. If you would like to take advantage of this automated payment method, please do the following:

1) Complete the authorization form below.
2) Return it to our office with a "voided" check.

If you choose not to use this payment method, your payments must be received each month by the due date to avoid additional collection activity. We can process your monthly payments by using your credit card. Please use the form below to activate this payment method.

For assistance, please call (865) 251-0492 or (866) 396-3470 toll free.

If you wish to make your payment online using either an electronic check, check card or credit card, please visit **www.makeyourpayment.net**. Your access code is 6.818238.61186.

Please be advised that any payments we receive may be split and/or applied to multiple accounts you currently have in our office. If you have any questions regarding this policy, please contact us.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

### Please complete the appropriate form and mail to the address shown above, or fax to 865-251-0495.

Do you wish to make your monthly payment automatically by credit card? If so, complete and return this section.   Yes ☐

Card Number

Expiration Date (MM/YY)   ☐ VISA   ☐ MASTERCARD

Card Holder Name

Signature

Monthly Amount

Name: Mary W Elmore
Contract Number: 818238          Due Date: 09/01/11

---

Do you wish to make your monthly payment automatically by an electronic draft from your bank account? If so, complete and return this section.   Yes ☐

Bank Name

Bank Account Number

Routing Number

Name on Account

Signature

Monthly Amount

Name: Mary W Elmore
Contract Number: 818238          Due Date: 09/01/11

# EXHIBIT 11

LAW OFFICES OF

NEAL D. MOORE, III
DIRECT LINE: 205-380-6985
E-MAIL:NDM@FFDLAW.COM

# FERGUSON, FROST & DODSON, LLP
2500 ACTON ROAD
SUITE 200
BIRMINGHAM, ALABAMA 35243

*MAILING ADDRESS:*
P.O. BOX 430189
BIRMINGHAM, AL 35243-0189

TELEPHONE (205) 879-8722
FACSIMILE (205) 879-8831
WWW.FFDLAW.COM

July 12, 2012

**Via E-Mail and U.S. Mail**
Albert J. Isaac
Rosetta W. Isaac
617 76th Street South
Birmingham, Alabama 35206-5227
.silverfox@dfgh.net
Law.Godsaint@dfgh.net

Re:   *Albert J. Isaac & Rosetta W. Isaac v. RMB Inc., et al.*
United States District Court, Northern District of Alabama
Case No:          CV-12-TMP-2030-S
FFD File No:      2014-117

Dear Mr. and Mrs. Isaac:

..... ... ..... offer
...... .. .. .., I would like to get your perspective on my
client's efforts to collect the medical debt at issue. Our records indicate the medical bills
were incurred by Ms. Mary Elmore. From the documents I have seen, it appears Ms.
Elmore is Mr. Isaac's mother. If I am wrong, I apologize. I only have limited
information at this stage and I am trying to piece it together as best I can.

Our records indicate Ms. Elmore instructed RMB to contact Mr. Isaac as he was in
charge of her finances and handled the payment of her accounts. She gave us the
number. In an effort to respect Ms. Elmore's instructions, RMB began contacting Mr.
Isaac. Our records do not indicate any of our calls were answered. The calls were not

{W0326971.1 }

placed to harass you or to ask you to pay a debt that was not yours. The calls were made because Ms. Elmore advised you were in charge of her financial affairs.

Would you be willing to let me know if this is an accurate statement? I am not trying to pry into your personal business but I hope you can see why it is relevant to the allegations you have made against RMB. When the debtor claims her son handles her financial affairs and the son simultaneously insists that all calls to him stop, these types of misunderstandings and miscommunications are not altogether avoidable.

To that end, I would ask you to consider that your cease and desist request was honored. RMB voluntarily entered your phone number into a permanent "do not call" list shortly after your cease and desist was received and processed. RMB was not threatened with legal action to do so, nor did RMB receive any other complaints or correspondences from you before the calls stopped. I make that point simply to emphasize that RMB had no intention to harass or annoy you with its collection efforts. Once the letter was processed through the RMB system, the calls stopped automatically.

Very Truly Yours,

Neal D. Moore, III

NDMIII/ak

# EXHIBIT 12

# CLOUD & TIDWELL, LLC

Brian M. Cloud (AL, GA)
Jay E. Tidwell (AL)
E. B. Harrison Willis (AL)
Lara Wallace Keith (AL)

ATTORNEYS AT LAW

1625 Richard Arrington Jr. Blvd. South
Birmingham, Alabama 35205
www.cloudtidwell.com

PHONE: (205) 322-6060
FAX:     (205) 201-7288
EMAIL:   jtidwell@cloudtidwell.com

January 8, 2013

Albert J. Isaac
Rosetta W. Isaac
617 76th Street S
Birmingham, AL 35206-5227

      **RE:**    **Albert J. Isaac, et al v. RMB, Inc., et al**

Dear Mr. & Mrs. Isaac:

      Enclosed, please find Defendant, Cloud & Tidwell, LLC's Supplemental Responses
to Plaintiffs' Interrogatories.

      Should you have questions, please feel free to call.

                       Very truly yours,

                       Jay E. Tidwell

JET/ml
Neal Moore
Enclosure

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **ALBERT J. ISAAC and ROSETTA W.** | * | |
| **ISAAC,** | * | |
| **Plaintiffs** | * | |
| | * | |
| **vs.** | * | **Civil Action No.: CV-12-TMP-2030-S** |
| | * | |
| **RMB, INC., et al.,** | * | |
| **Defendants** | * | |

## DEFENDANT, CLOUD AND TIDWELL, LLC'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S INTERROGATORIES

Comes Now Cloud & Tidwell, LLC, defendant in this cause and for its supplemental responses to the Interrogatories as filed by the Plaintiffs would say as follows:

4.      Cloud & Tidwell, LLC is a general practice law firm and at times can be considered a debt collector.

12.      No employee of Cloud & Tidwell, LLC made any of the listed calls to the Plaintiffs. Cloud & Tidwell, LLC objects to the remaining sub-questions contained in interrogatory 10 as irrelevant, immaterial and not reasonably calculated to lead to the discovery of admissible evidence, and as unduly burdensome and asking for information that is not in the possession of or knowledge of Cloud & Tidwell, LLC. Without waiving said objection, the legal representative name is Barry Brown. Mr. Brown no longer works for Cloud and Tidwell, LLC and has not worked for Cloud and Tidwell, LLC since May 3, 2012. Cloud and Tidwell, LLC is unaware of Mr. Brown's current address, telephone number, or employer.

13.    Mr. Brown's immediate supervisor was Chris Donaldson.    Mr. Donaldson is

deceased.

Cloud & Tidwell, LLC

By: _____
        Brian Cloud
        As one of its members

Sworn to and subscribed before me this
7th day of January, 2013.

Notary Public
My Commission Expires: 8-18-2013
[affix seal]

S/ Jay E. Tidwell _____
Jay E. Tidwell
Attorney for Defendant, Cloud & Tidwell, LLC

Cloud & Tidwell, LLC
1625 Richard Arrington, Jr. Blvd South
Birmingham, Alabama 35205
Tel.: (205) 322-6060

# EXHIBIT 13

# CLOUD & TIDWELL, LLC

Brian M. Cloud (AL, GA)
Jay E. Tidwell (AL)
E. B. Harrison Willis (AL)
Lara Wallace Keith (AL)

ATTORNEYS AT LAW

1625 Richard Arrington Jr. Blvd. South
Birmingham, Alabama 35205
www.cloudtidwell.com

PHONE: (205) 322-6060
FAX:    (205) 201-7288
EMAIL:  jtidwell@cloudtidwell.com

December 27, 2012

Albert J. Isaac
Rosetta W. Isaac
617 76th Street S
Birmingham, AL 35206-5227

   **RE: Albert J. Isaac, et al v. RMB, Inc., et al**

Dear Mr. & Mrs. Isaac:

   I received your letter dated December 12, 2012 on December 14, 2012, and I am certainly willing to try and resolve any discovery issue you may have.

   As you know, your first Motion to Compel has been denied for a number of reasons, including the lack of specificity with regard to why you say our discovery answers are not adequate. Your letter dated December 12, 2012 again does not specifically state how you feel Cloud and Tidwell, LLC's Interrogatory responses are inadequate. If you will please call or write and state what you would like and why our responses are inadequate, I will be happy to work with you, but to simply say they are not adequate does not provide me any help as to why you believe they are not adequate.

   With regard to Cloud and Tidwell, LLC's responses to your Request for Production (RFP), Cloud and Tidwell, LLC's responses clearly state that documents are available for your inspection. You have not contacted me to arrange for an inspection. However, to make it easier for you, I am providing you a copy of our responsive documents. The attached are the documents Cloud and Tidwell, LLC has that are responsive to your RFP.

   Should you have questions, please feel free to call.

      Very truly yours,

      Jay E. Tidwell

/ml
Neal Moore
Enclosure

Cloud & Tidwell, LLC
1625 Richard Arrington Jr. Blvd. S
Birmingham, AL 35205
205-201-7270
205-201-7288
205-322-6060

# *History Report*

**For Account: 559063**
**Elva Whitman**
**Ref Num.: 4663090004372612**

Client: 3968 - Resurgent Capital Services                    Status: 600 - Closed - Client Recalled

| Entered Date & Time | Assoc | History Note | Oper | Effective Date | Upload |
|---|---|---|---|---|---|
| 03/10/12 10:39p | C001 | OPEN $764.03 [Prin: 764.03] T#17147 | *J* | 01/19/2012 | |
| 03/10/12 10:39p | C001 | Init Stat: 110-Active Account | *J* | 03/10/2012 | |
| 03/10/12 10:39p | C001 | Debt Description.: 4663090004372612 | *J* | 03/10/2012 | |
| 03/10/12 10:39p | C001 | Automatic Debtor status change from NEW to ACT. | *J* | 02/16/2012 | |
| 03/10/12 10:39p | C001 | 205-836-3075 | *J* | 02/16/2012 | |
| 03/10/12 10:39p | C001 | AC994: Left message on answering machine. | *J* | 02/16/2012 | |
| 03/10/12 10:39p | C001 | Ltr Outsrc Import: Update=No; Nixie=C; DC=N. | *J* | 01/24/2012 | |
| 03/10/12 10:39p | C001 | Letter 1R sent for Account 559063-2 to DC. | *J* | 01/20/2012 | |
| 03/11/12 11:12a | C001 | Reference Number Was: CNV:234823 | *J* | 03/11/2012 | |
| 03/12/12 3:57p | D001 | Fax: New Information Added | *J* | 03/12/2012 | |
| 03/12/12 3:57p | C001 | MaxUpdater: Template Id: CONVER1 Import Details Import File: convfixerfile4.xlsx header: 559063 address2: jmtstate: ???: 2057982442 | *J* | 03/12/2012 | |
| 03/14/12 10:16a | Acct | Forwarder Id Was: 12546 | *J* | 03/14/2012 | Skipped |
| 03/14/12 10:16a | C001 | MaxUpdater: Template Id: CONVER3 Import Details Import File: sfgfix.xlsx acct: 559063 client: 3968 number: 350847899 orig cred: HSBC/Orchard Bank port id: 12546 purchaser: LVNV Funding LLC fwdr id: | *J* | 03/14/2012 | |
| 04/18/12 1:56p | D001 | Phone Number 1 Was: 2058363075 TrxUploaded=04/25/2012 12:59:25 | TBM | 04/18/2012 | 04/25/2012 |
| 04/18/12 1:56p | D001 | Phone Number 2 Was: 2058363075 TrxUploaded=04/25/2012 12:59:25 | TBM | 04/18/2012 | 04/25/2012 |
| 04/18/12 1:56p | D001 | Fax Was: 2057982442 | TBM | 04/18/2012 | Skipped |
| 04/18/12 1:56p | D001 | Property 001 added | TBM | 04/18/2012 | Skipped |
| 04/18/12 1:56p | D001 | Property 002 added | TBM | 04/18/2012 | Skipped |
| 04/18/12 1:56p | C001 | TloPersonalJudgmentFiling1FilingType.: SMALL CLAIMS JUDGMENT | TBM | 04/18/2012 | |

# *History Report*

**For Account: 559063**
**Elva Whitman**
**Ref Num.: 4663090004372612**

| Client: 3968 - Resurgent Capital Services | | | Status: 600 - Closed - Client Recalled | | | |
|---|---|---|---|---|---|---|
| **Entered Date & Time** | **Assoc** | **History Note** | | **Oper** | **Effective Date** | **Upload** |
| 04/18/12 1:56p | C001 | TloPersonalJudgmentFiling1Address.: 921 AVENUE E, BIRMINGHAM, AL 35214-6131 | | TBM | 04/18/2012 | |

# History Report

For Account: 559063
Elva Whitman
Ref Num.: 4663090004372612

Client: 3968 - Resurgent Capital Services                    Status: 600 - Closed - Client Recalled

| Entered Date & Time | Assoc | History Note | Oper | Effective Date | Upload |
|---|---|---|---|---|---|
| 04/18/12 1:56p | C001 | MaxUpdater: Template Id: TLO SKIP RESULT Import Details<br>Import File: TLO.test.041212.final-appeng.041812.1sthalf.csv<br>Debtor Number Only: 559063<br>Debtor SSN: 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<br>Debtor Complete Name: Elva Whitman<br>Debtor Address 1: 921 AVENUE E<br>Debtor City: BIRMINGHAM<br>Debtor State: AL<br>Debtor Zip Code: 35214-6131<br>Debtor Phone 1: (205)836-3075<br>Debtor Phone 2: (205)836-3075<br>Debtor Phone 3:<br>Co Debtor Phone 1:<br>Co Debtor Phone 2:<br>Co Debtor Phone 3:<br>TloDateOfDeath:<br>TloBankruptcyChapter: 13<br>TloBankruptcyDebtorName: ELVA B WASHINGTON<br>TloBankruptcyCaseNumber: 89-07846<br>TloBankruptcyFileDate: 6/15/1989<br>TloBankruptcyDischargeDate: 7/6/1994<br>TloBankruptcyClosedDate:<br>TloBankruptcyNoticeType: Discharge<br>TloBankruptcyAttorneyName:<br>TloBankruptcyAttorneyAddress:<br>TloBankruptcyAttorneyPhone:<br>TloBankruptcyCourtDistrict:<br>TloBankruptcyCourtDivision:<br>TloBankruptcyCourtAddress: 1800 5TH AVENUE NORTH #120, BIRMINGHAM, AL 35203<br>TloBankruptcyCourtPhone: 2.06E+09<br>TloBankruptcyTrusteeName:<br>TloBankruptcyTrusteeAddress:<br>TloBankruptcyTrusteePhone:<br>TloNameFullName: ELVA W WHITMAN<br>TloDateOfBirth: 8/23/1933<br>TloAddressLine1:<br>TloAddressCity:<br>TloAddressState:<br>TloAddressZip:<br>TloPhone1: 2.06E+09<br>TloPhone1PhoneType: Land Line<br>TloPhone2: 2.06E+09<br>TloPhone2PhoneType: Unknown<br>TloPhone3: 2.06E+09<br>TloPhone3PhoneType: Land Line<br>TloEmployerBusinessName:<br>TloEmployerAddressLine1:<br>TloEmployerAddressCity:<br>TloEmployerAddressState:<br>TloEmployerAddressZip:<br>TloEmployerPhone:<br>TloPropertyPurchaseDate:<br>TloPropertySaleDate: | TBM | 04/18/2012 | |

For Account: 559063
Elva Whitman
Ref Num.: 4663090004372612

| Client: 3968 - Resurgent Capital Services | | | Status: 600 - Closed - Client Recalled | | | |
|---|---|---|---|---|---|---|
| **Entered Date & Time** | **Assoc** | **History Note** | | **Oper** | **Effective Date** | **Upload** |
| | | TloPropertyDefaultDate: | | | | |
| | | TloPropertyLisPendensDate: | | | | |
| | | TloPropertyDocumentType: | | | | |
| | | TloPropertyHomestead: Y | | | | |
| | | TloPropertyAddressLine1: 921 AVENUE E | | | | |
| | | TloPropertyAddressCity: BIRMINGHAM | | | | |
| | | TloPropertyAddressState: AL | | | | |
| | | TloPropertyAddressZip: 35214 | | | | |
| | | TloPropertyAddressCounty: JEFFERSON | | | | |
| | | TloPersonalJudgmentFiling1BusinessName: | | | | |
| | | TloPersonalJudgmentFiling1DriversLicenseNumber: | | | | |
| | | TloPersonalJudgmentFiling1DriversLicenseState: | | | | |
| | | TloPersonalJudgmentFiling1AliasNameType: | | | | |
| | | TloPersonalJudgmentFiling1AttorneyBusinessName: | | | | |
| | | TloPersonalJudgmentFiling1CreditorName: | | | | |
| | | TloPersonalJudgmentFiling1FilingLocation: | | | | |
| | | TloPersonalJudgmentFiling1FilingType: SMALL CLAIMS JUDGMENT | | | | |
| | | TloPersonalJudgmentFiling1Action: | | | | |
| | | TloPersonalJudgmentFiling1CourtCaseNumber: SM2007011272 | | | | |
| | | TloPersonalJudgmentFiling1TotalJudgmentAmount: 2025 | | | | |
| | | TloPersonalJudgmentFiling1InterestRate: | | | | |
| | | TloPersonalJudgmentFiling1BackSupportAmount: | | | | |
| | | TloPersonalJudgmentFiling1InstallmentJudgmentIndicator: | | | | |
| | | TloPersonalJudgmentFiling1StayOrderedIndicator: | | | | |
| | | TloPersonalJudgmentFiling1DeedCategoryType: | | | | |
| | | TloPersonalJudgmentFiling1DamarDocumentType: | | | | |
| | | TloPersonalJudgmentFiling1RecordingNumber: | | | | |
| | | TloPersonalJudgmentFiling1RecordingBookNumber: | | | | |
| | | TloPersonalJudgmentFiling1RecordingPageNumber: | | | | |
| | | TloPersonalJudgmentFiling1RecordingDate: | | | | |
| | | TloPersonalJudgmentFiling1AbstractIssuedDate: | | | | |
| | | TloPersonalJudgmentFiling1StayOrderedDate: | | | | |
| | | TloPersonalJudgmentFiling1TransferredDate: | | | | |
| | | TloPersonalJudgmentFiling1WithdrawnDate: | | | | |
| | | TloPersonalJudgmentFiling1ClaimDate: | | | | |
| | | TloPersonalJudgmentFiling1ObjectionDate: | | | | |
| | | TloPersonalJudgmentFiling1ReportDate: | | | | |
| | | TloPersonalJudgmentFiling1closedDate: | | | | |
| | | TloPersonalJudgmentFiling1ReopenedDate: | | | | |
| | | TloPersonalJudgmentFiling1DischargeDate: | | | | |
| | | TloPersonalJudgmentFiling1DismissalDate: | | | | |
| | | TloPersonalJudgmentFiling1ConvertedDate: | | | | |
| | | TloPersonalJudgmentFiling1FilingDate: | | | | |
| | | TloPersonalJudgmentFiling1ReleaseDate: | | | | |
| | | TloPersonalJudgmentFiling1Name: ELVA WHITMAN | | | | |
| | | TloPersonalJudgmentFiling1Address: 921 AVENUE E, BIRMINGHAM, AL 35214-6131 | | | | |
| | | TloPersonalJudgmentFiling1SSN: | | | | |
| | | TloPersonalJudgmentFiling1DateOfBirth: | | | | |
| | | TloPersonalJudgmentFiling1AttorneyName: | | | | |
| | | TloPersonalJudgmentFiling1AttorneyAddress: | | | | |
| | | TloPersonalJudgmentFiling1AttorneySSN: | | | | |
| | | TloPersonalJudgmentFiling1PlaintiffName: MIDLAND CREDIT | | | | |

For Account: 559063
Elva Whitman
Ref Num.: 4663090004372612

| Client: 3968 - Resurgent Capital Services | | | Status: 600 - Closed - Client Recalled | | | |
|---|---|---|---|---|---|---|
| **Entered Date & Time** | **Assoc** | **History Note** | | **Oper** | **Effective Date** | **Upload** |
| | | MANAGEMENT INC | | | | |
| | | TloPersonalJudgmentFiling2BusinessName: | | | | |
| | | TloPersonalJudgmentFiling2DriversLicenseNumber: | | | | |
| | | TloPersonalJudgmentFiling2DriversLicenseState: | | | | |
| | | TloPersonalJudgmentFiling2AliasNameType: | | | | |
| | | TloPersonalJudgmentFiling2AttorneyBusinessName: | | | | |
| | | TloPersonalJudgmentFiling2CreditorName: | | | | |
| | | TloPersonalJudgmentFiling2FilingLocation: | | | | |
| | | TloPersonalJudgmentFiling2FilingType: | | | | |
| | | TloPersonalJudgmentFiling2Action: | | | | |
| | | TloPersonalJudgmentFiling2CourtCaseNumber: | | | | |
| | | TloPersonalJudgmentFiling2TotalJudgmentAmount: | | | | |
| | | TloPersonalJudgmentFiling2InterestRate: | | | | |
| | | TloPersonalJudgmentFiling2BackSupportAmount: | | | | |
| | | TloPersonalJudgmentFiling2InstallmentJudgmentIndicator: | | | | |
| | | TloPersonalJudgmentFiling2StayOrderedIndicator: | | | | |
| | | TloPersonalJudgmentFiling2DeedCategoryType: | | | | |
| | | TloPersonalJudgmentFiling2DamarDocumentType: | | | | |
| | | TloPersonalJudgmentFiling2RecordingNumber: | | | | |
| | | TloPersonalJudgmentFiling2RecordingBookNumber: | | | | |
| | | TloPersonalJudgmentFiling2RecordingPageNumber: | | | | |
| | | TloPersonalJudgmentFiling2RecordingDate: | | | | |
| | | TloPersonalJudgmentFiling2AbstractIssuedDate: | | | | |
| | | TloPersonalJudgmentFiling2StayOrderedDate: | | | | |
| | | TloPersonalJudgmentFiling2TransferredDate: | | | | |
| | | TloPersonalJudgmentFiling2WithdrawnDate: | | | | |
| | | TloPersonalJudgmentFiling2ClaimDate: | | | | |
| | | TloPersonalJudgmentFiling2ObjectionDate: | | | | |
| | | TloPersonalJudgmentFiling2ReportDate: | | | | |
| | | TloPersonalJudgmentFiling2closedDate: | | | | |
| | | TloPersonalJudgmentFiling2ReopenedDate: | | | | |
| | | TloPersonalJudgmentFiling2DischargeDate: | | | | |
| | | TloPersonalJudgmentFiling2DismissalDate: | | | | |
| | | TloPersonalJudgmentFiling2ConvertedDate: | | | | |
| | | TloPersonalJudgmentFiling2FilingDate: | | | | |
| | | TloPersonalJudgmentFiling2ReleaseDate: | | | | |
| | | TloPersonalJudgmentFiling2Name: | | | | |
| | | TloPersonalJudgmentFiling2Address: | | | | |
| | | TloPersonalJudgmentFiling2SSN: | | | | |
| | | TloPersonalJudgmentFiling2DateOfBirth: | | | | |
| | | TloPersonalJudgmentFiling2AttorneyName: | | | | |
| | | TloPersonalJudgmentFiling2AttorneyAddress: | | | | |
| | | TloPersonalJudgmentFiling2AttorneySSN: | | | | |
| | | TloPersonalJudgmentFiling2PlaintiffName: | | | | |
| | | TloPersonalLienFiling1BusinessName: | | | | |
| | | TloPersonalLienFiling1AttorneyBusinessName: | | | | |
| | | TloPersonalLienFiling1FilingLocation: | | | | |
| | | TloPersonalLienFiling1FilingType: | | | | |
| | | TloPersonalLienFiling1Action: | | | | |
| | | TloPersonalLienFiling1LienIssuingAgency: | | | | |
| | | TloPersonalLienFiling1AliasNameType: | | | | |
| | | TloPersonalLienFiling1TotalLienAmount: | | | | |
| | | TloPersonalLienFiling1DeedCategoryType: | | | | |
| | | TloPersonalLienFiling1DamarDocumentType: | | | | |

**For Account: 559063**
**Elva Whitman**
**Ref Num.: 4663090004372612**

Client: 3968 - Resurgent Capital Services                    Status: 600 - Closed - Client Recalled

| Entered Date & Time | Assoc | History Note | Oper | Effective Date | Upload |
|---|---|---|---|---|---|
| | | TloPersonalLienFiling1DocumentRecordingNumber: | | | |
| | | TloPersonalLienFiling1RecordingBookNumber: | | | |
| | | TloPersonalLienFiling1RecordingPageNumber: | | | |
| | | TloPersonalLienFiling1ClaimDate: | | | |
| | | TloPersonalLienFiling1ClosedDate: | | | |
| | | TloPersonalLienFiling1ConvertedDate: | | | |
| | | TloPersonalLienFiling1DischargeDate: | | | |
| | | TloPersonalLienFiling1DismissalDate: | | | |
| | | TloPersonalLienFiling1FilingDate: | | | |
| | | TloPersonalLienFiling1LastRefileOrLienExtensionDate: | | | |
| | | TloPersonalLienFiling1ObjectionDate: | | | |
| | | TloPersonalLienFiling1RecordingDate: | | | |
| | | TloPersonalLienFiling1ReleaseDate: | | | |
| | | TloPersonalLienFiling1ReopenedDate: | | | |
| | | TloPersonalLienFiling1ReportDate: | | | |
| | | TloPersonalLienFiling1TaxLienDate: | | | |
| | | TloPersonalLienFiling1TransferredDate: | | | |
| | | TloPersonalLienFiling1WithdrawnDate: | | | |
| | | TloPersonalLienFiling1FederalTaxLienArea: | | | |
| | | TloPersonalLienFiling1TaxLienSerialLienCertificateNumber: | | | |
| | | TloPersonalLienFiling1KindOfTax: | | | |
| | | TloPersonalLienFiling1TaxPeriodMinimum: | | | |
| | | TloPersonalLienFiling1TaxPeriodMaximum: | | | |
| | | TloPersonalLienFiling1TaxPayerId: | | | |
| | | TloPersonalLienFiling1FederalTaxLienPreparedAndSignedCity: | | | |
| | | TloPersonalLienFiling1FederalTaxLienPreparedAndSignedState: | | | |
| | | TloPersonalLienFiling1Name: | | | |
| | | TloPersonalLienFiling1Address: | | | |
| | | TloPersonalLienFiling1SSN: | | | |
| | | TloPersonalLienFiling1AttorneyName: | | | |
| | | TloPersonalLienFiling1AttorneyAddress: | | | |
| | | TloPersonalLienFiling1AttorneySSN: | | | |
| | | TloPersonalLienFiling1PlaintiffName: | | | |
| | | TloPersonalLienFiling2BusinessName: | | | |
| | | TloPersonalLienFiling2AttorneyBusinessName: | | | |
| | | TloPersonalLienFiling2FilingLocation: | | | |
| | | TloPersonalLienFiling2FilingType: | | | |
| | | TloPersonalLienFiling2Action: | | | |
| | | TloPersonalLienFiling2LienIssuingAgency: | | | |
| | | TloPersonalLienFiling2AliasNameType: | | | |
| | | TloPersonalLienFiling2TotalLienAmount: | | | |
| | | TloPersonalLienFiling2DeedCategoryType: | | | |
| | | TloPersonalLienFiling2DamarDocumentType: | | | |
| | | TloPersonalLienFiling2DocumentRecordingNumber: | | | |
| | | TloPersonalLienFiling2RecordingBookNumber: | | | |
| | | TloPersonalLienFiling2RecordingPageNumber: | | | |
| | | TloPersonalLienFiling2ClaimDate: | | | |
| | | TloPersonalLienFiling2ClosedDate: | | | |
| | | TloPersonalLienFiling2ConvertedDate: | | | |
| | | TloPersonalLienFiling2DischargeDate: | | | |
| | | TloPersonalLienFiling2DismissalDate: | | | |
| | | TloPersonalLienFiling2FilingDate: | | | |
| | | TloPersonalLienFiling2LastRefileOrLienExtensionDate: | | | |
| | | TloPersonalLienFiling2ObjectionDate: | | | |

Case 2:12-cv-02030-TMP   Document 46   Filed 03/12/13   Page 63 of 96

*History Report*

Page 7

For Account: 559063
Elva Whitman
Ref Num.: 4663090004372612

Client: 3968 - Resurgent Capital Services                               Status: 600 - Closed - Client Recalled

| Entered Date & Time | Assoc | History Note | Oper | Effective Date | Upload |
|---|---|---|---|---|---|
| | | TloPersonalLienFiling2RecordingDate: | | | |
| | | TloPersonalLienFiling2ReleaseDate: | | | |
| | | TloPersonalLienFiling2ReopenedDate: | | | |
| | | TloPersonalLienFiling2ReportDate: | | | |
| | | TloPersonalLienFiling2TaxLienDate: | | | |
| | | TloPersonalLienFiling2TransferredDate: | | | |
| | | TloPersonalLienFiling2WithdrawnDate: | | | |
| | | TloPersonalLienFiling2FederalTaxLienArea: | | | |
| | | TloPersonalLienFiling2TaxLienSerialLienCertificateNumber: | | | |
| | | TloPersonalLienFiling2KindOfTax: | | | |
| | | TloPersonalLienFiling2TaxPeriodMinimum: | | | |
| | | TloPersonalLienFiling2TaxPeriodMaximum: | | | |
| | | TloPersonalLienFiling2TaxPayerId: | | | |
| | | TloPersonalLienFiling2FederalTaxLienPreparedAndSignedCity: | | | |
| | | TloPersonalLienFiling2FederalTaxLienPreparedAndSignedState: | | | |
| | | TloPersonalLienFiling2Name: | | | |
| | | TloPersonalLienFiling2Address: | | | |
| | | TloPersonalLienFiling2SSN: | | | |
| | | TloPersonalLienFiling2AttorneyName: | | | |
| | | TloPersonalLienFiling2AttorneyAddress: | | | |
| | | TloPersonalLienFiling2AttorneySSN: | | | |
| | | TloPersonalLienFiling2PlaintiffName: | | | |
| | | TloVehicles1VIN: | | | |
| | | TloVehicles1ModelYear: | | | |
| | | TloVehicles1Make: | | | |
| | | TloVehicles1Model: | | | |
| | | TloVehicles1Series: | | | |
| | | TloVehicles1PrimaryColor: | | | |
| | | TloVehicles1BodyStyle: | | | |
| | | TloVehicles1MSRP: | | | |
| | | TloVehicles1PossibleCurrentVehicle: | | | |
| | | TloVehicles1RegistrantName: | | | |
| | | TloVehicles1RegistrantAddress: | | | |
| | | TloVehicles2VIN: | | | |
| | | TloVehicles2ModelYear: | | | |
| | | TloVehicles2Make: | | | |
| | | TloVehicles2Model: | | | |
| | | TloVehicles2Series: | | | |
| | | TloVehicles2PrimaryColor: | | | |
| | | TloVehicles2BodyStyle: | | | |
| | | TloVehicles2MSRP: | | | |
| | | TloVehicles2PossibleCurrentVehicle: | | | |
| | | TloVehicles2RegistrantName: | | | |
| | | TloVehicles2RegistrantAddress: | | | |
| | | TloVehicles3VIN: | | | |
| | | TloVehicles3ModelYear: | | | |
| | | TloVehicles3Make: | | | |
| | | TloVehicles3Model: | | | |
| | | TloVehicles3Series: | | | |
| | | TloVehicles3PrimaryColor: | | | |
| | | TloVehicles3BodyStyle: | | | |
| | | TloVehicles3MSRP: | | | |
| | | TloVehicles3PossibleCurrentVehicle: | | | |
| | | TloVehicles3RegistrantName: | | | |

# *History Report*

**For Account: 559063**
**Elva Whitman**
**Ref Num.: 4663090004372612**

Client: 3968 - Resurgent Capital Services        Status: 600 - Closed - Client Recalled

| Entered Date & Time | Assoc | History Note | Oper | Effective Date | Upload |
|---|---|---|---|---|---|
| | | TloVehicles3RegistrantAddress: | | | |
| | | TloVehicles4VIN: | | | |
| | | TloVehicles4ModelYear: | | | |
| | | TloVehicles4Make: | | | |
| | | TloVehicles4Model: | | | |
| | | TloVehicles4Series: | | | |
| | | TloVehicles4PrimaryColor: | | | |
| | | TloVehicles4BodyStyle: | | | |
| | | TloVehicles4MSRP: | | | |
| | | TloVehicles4PossibleCurrentVehicle: | | | |
| | | TloVehicles4RegistrantName: | | | |
| | | TloVehicles4RegistrantAddress: | | | |
| | | TloVehicles5VIN: | | | |
| | | TloVehicles5ModelYear: | | | |
| | | TloVehicles5Make: | | | |
| | | TloVehicles5Model: | | | |
| | | TloVehicles5Series: | | | |
| | | TloVehicles5PrimaryColor: | | | |
| | | TloVehicles5BodyStyle: | | | |
| | | TloVehicles5MSRP: | | | |
| | | TloVehicles5PossibleCurrentVehicle: | | | |
| | | TloVehicles5RegistrantName: | | | |
| | | TloVehicles5RegistrantAddress: | | | |
| 04/23/12 2:56p | C001 | MaxUpdater: Template Id: SUITGRD Import Details Import File: SuitGrade_003968_20120217_085220.csv Col.: A: 3.51E+08 Col.: B: C | RLK | 04/23/2012 | |
| 04/26/12 4:31p | Acct | OtherAcctNumber Was: 559063 | RLK | 04/26/2012 | |
| 04/26/12 4:31p | C001 | MaxUpdater: Template Id: PIDTST Import Details Import File: 3968-Portfolio ID-FULL.xls Col.: A: 559063 Col.: B: 12546 | RLK | 04/26/2012 | |
| 06/26/12 3:02p | C001 | MaxUpdater: Template Id: LSTPYDTSFG Import Details Import File: Resurgent-Jan2012-DM-Last-Payment-List.xls Col.: A: 559063 Col.: B: 4/4/2007 | RLK | 06/26/2012 | |
| 07/20/12 8:26a | Acct | Action: 07/20/2012 12:00 AM RREC  RESURGENT RECALL REVIEW FILE RECALLED (10)  AssignedTo:RLK Completed RRXC-Resurgent Recall Review Completed: 07/20/2012 09:27 A By: *A* | RLK | 07/20/2012 | |
| 07/20/12 9:22a | C001 | Stat Chng From: 110-Active Account To: 600-Closed - Client Recalled | RLK | 07/20/2012 | Skipped |
| 07/20/12 9:22a | C001 | CloseDate Was: | RLK | 07/20/2012 | Skipped |
| 07/20/12 9:22a | C001 | Status Date Was: 02/16/2012 | RLK | 07/20/2012 | Skipped |
| 07/20/12 9:27a | Acct | Completion of Action : RREC - RESURGENT RECALL REVIEW scheduled on 07/20/2012 was completed with RRXC - Resurgent Recall Review Completed. | RLK | 07/20/2012 | |

**COUNT:**    30

Debtmaster Professional - [Activity History]

File   Edit   Tasks   TaskOptions   Window   Help

Display activity line as: ⊙ Local User time   ○ Debtor time   ○ Activity User time

| ACT DATE | ACT TIME | USER ID | COMMENTS |
|---|---|---|---|
| 09/16/2011 | 10:56:38 AM | RL1 | SHE WILL PAY ONE DAY |
| 09/16/2011 | 10:58:48 AM | RL1 | AC398: Outbound Contact - Non-Committal |
| 09/16/2011 | 11:55:22 AM | TBM | AGENT - Refused to Pay |
| 09/20/2011 | 1:36:40 PM | JDI | debtor hung up |
| 09/21/2011 | 3:38:46 PM | JDI | disregard call |
| 09/27/2011 | 11:05:12 AM | AB1 | xd do wt have it, can nt pay , xd her gas is off |
| 09/28/2011 | 2:48:45 PM | CHP | dbt clams she dont have it told her to ask family for |
| 09/28/2011 | 2:49:45 PM | CHP | help |
| 09/29/2011 | 10:42:34 AM | RL1 | AC398: Outbound Contact - Non-Committal |
| 10/03/2011 | 1:25:25 PM | CHP | DBTR REFUSE TO DISCUSS AND HU |
| 10/10/2011 | 10:57:06 AM | CHP | dbt is a home owner she refuse to go to her bank for |
| 10/10/2011 | 10:57:06 AM | CHP | a loan |
| 10/11/2011 | 11:52:14 AM | JDI | xd to pay |
| 10/11/2011 | 11:52:32 AM | JDI | AC398: Outbound Contact - Non-Committal |
| 10/17/2011 | 10:23:31 AM | DC | d still saying the same thing |
| 10/20/2011 | 10:47:35 AM | DC | D HANGUP |
| 10/27/2011 | 8:25:20 AM | DC | d hngup |
| 10/27/2011 | 8:25:33 AM | DC | AC398: Outbound Contact - Non-Committal |
| 11/03/2011 | 9:35:31 AM | CHP | DBTR CLAIMS SHE DNT HAVE A CHECK ACCT AND HU PHN |
| 11/03/2011 | 9:35:31 AM | CHP | OFFRED HER HARDSHIP PAYMENTS 127.33 |
| 11/05/2011 | 11:23:54 AM | ADT | informed her of the debt-- |
| 11/05/2011 | 11:24:00 AM | ADT | AC398: Outbound Contact - Non-Committal |
| 11/07/2011 | 10:39:27 AM | DC | 205-798-2442 d hngup |
| 11/28/2011 | 2:41:16 PM | CHC | SAID SHE CAN'T HEAR ME...I WAS SPEAKING CLEARLY |
| 12/02/2011 | 9:49:24 AM | DC | d xld cnt py hngup |
| 12/02/2011 | 11:28:30 AM | TBM | Letter 1R sent for Account 5590831 to DC. |
| 12/02/2011 | 6:07:24 PM | TBM | Ltr Dunset Import: Update=Acc, New=C, DC=N. |
| 12/05/2011 | 3:17:24 PM | AB1 | she hungup |
| 12/23/2011 | 11:31:52 AM | DLL | AC1005: Left Message with 3rd Party |
| 01/16/2012 | 11:14:21 AM | RLX | Ini Calc Date changed from 07/22/2011 to 01/16/2012. |
| 01/16/2012 | 11:14:31 AM | RLX | Automatic Debtor status change from ACT to CCR. |
| 01/18/2012 | 11:14:31 AM | RLX | Balance adjusted to 0.00 |
| 01/26/2012 | 4:58:10 AM | TBM | AC1084: FILE CLOSED . MOVED TO CLOSED WORKLIST [CLS] |
| 01/26/2012 | 4:58:10 AM | TBM | Changed collector from RCH to CLS |
| 01/26/2012 | 5:06:05 PM | TBM | VERIFIED HOMEOWNERPA |
| 01/26/2012 | 5:06:05 PM | TBM | LAST NSF DATE: |
| 01/26/2012 | 5:06:05 PM | TBM | LAST NSF AMT: |
| 01/26/2012 | 5:06:05 PM | TBM | MERCHANT NAMEVisa Platinum |
| 01/26/2012 | 5:06:05 PM | TBM | 5006122 |
| 01/26/2012 | 5:06:05 PM | TBM | Orchard/Non Prime |
| 01/26/2012 | 5:06:05 PM | TBM | IDT-AGENCY [L] |
| 01/26/2012 | 5:06:36 PM | TBM | Automatic Debtor status change from CCR to NEW. |
| 01/26/2012 | 5:06:36 PM | TBM | Debt 5590832 associated with this debtor. |
| 01/26/2012 | 5:06:36 PM | TBM | Changed collector from CLS to RCH |
| 01/26/2012 | 5:39:56 PM | TBM | Letter 1R sent for Account 5590832 to DC. |
| 01/26/2012 | 11:43:15 AM | TBM | Ltr Dunset Import: Update=No, New=C, DC=N. |
| 02/16/2012 | 9:40:05 AM | BAB | AC394: Left message on answering machine. |
| 02/16/2012 | 9:40:27 AM | BAB | 205-836-3075 |
| 02/16/2012 | 9:40:35 AM | BAB | Automatic Debtor status change from NEW to ACT. |

Debtmaster Professional - [Activity History]

File  Edit  Tasks  TaskOptions  Window  Help

Display activity time as: ⦿ Local/User time  ○ Debtor time     ○ Activity/User time

| ACT DATE | ACT TIME | USER ID | COMMENTS |
|---|---|---|---|
| 07/22/2011 | 10:23:35 AM | TBM | VERIFIED HOMEOWNERN |
| 07/22/2011 | 10:23:35 AM | TBM | LAST NSF DATE: |
| 07/22/2011 | 10:23:35 AM | TBM | LAST NSF AMT: |
| 07/22/2011 | 10:23:35 AM | TBM | MERCHANT NAME Visa Platinum |
| 07/22/2011 | 10:23:35 AM | TBM | $200.72 |
| 07/22/2011 | 10:23:35 AM | TBM | Orchard/Non Prime |
| 07/22/2011 | 10:23:35 AM | TBM | IDT AGENCY [L] |
| 07/22/2011 | 10:23:35 AM | TBM | Automatic Debtor status change to NEW |
| 07/22/2011 | 10:23:35 AM | TBM | Debt 5590631 associated with the debtor. |
| 07/22/2011 | 1:51:18 PM | AB1 | ACT001: No Answer |
| 07/22/2011 | 1:52:03 PM | AB1 | Automatic Debtor status change from NEW to ACT. |
| 07/25/2011 | 10:41:38 AM | TBM | Letter 1R sent for Account 5590631 to DC. |
| 07/25/2011 | 12:14:05 PM | CNP | n1 wrg4 |
| 07/25/2011 | 4:20:45 PM | TBM | Ln Dutec Import Update-No; Near-C, DC-N |
| 08/02/2011 | 11:48:43 AM | TBM | Ln Dutec Import Update-No; Near-C, DC-N |
| 08/18/2011 | 3:58:14 PM | AB1 | refuse to vrfy |
| 08/25/2011 | 2:43:53 PM | TBM | AGENT - CUST RPC 2 |
| 08/29/2011 | 5:30:29 PM | TBM | AGENT - CUST RPC 2 |
| 08/30/2011 | 11:58:00 AM | TBM | AGENT - Left Message Person |
| 09/02/2011 | 10:46:48 AM | TBM | Operator Transfer |
| 09/07/2011 | 10:51:48 AM | DC | d nd cnt nk pyrent on the account |
| 09/07/2011 | 11:49:02 AM | TBM | AGENT - Refused to Pay |
| 09/09/2011 | 3:54:45 PM | TBM | AGENT - CUST RPC 2 |
| 09/10/2011 | 9:03:46 AM | JDI | ref to pay |
| 09/10/2011 | 10:02:47 AM | TBM | AGENT - Refused to Pay |
| 09/13/2011 | 2:32:16 PM | TBM | AGENT - Left Message Person |
| 09/14/2011 | 11:49:53 AM | TBM | No Answer |
| 09/14/2011 | 11:52:11 AM | TBM | No Answer |
| 09/14/2011 | 11:56:38 AM | TBM | AGENT - CUST RPC 2 |
| 09/16/2011 | 10:58:38 AM | RL1 | STATED THAT SHE CANT PAY THE BILL// SHE STATED THAT |
| 09/16/2011 | 10:58:38 AM | RL1 | SHE WILL PAY ONE DAY |
| 09/16/2011 | 10:58:40 AM | RL1 | AC998: Outbound Contact - Non-Committal |
| 09/16/2011 | 11:55:22 AM | TBM | AGENT - Refused to Pay |
| 09/20/2011 | 1:36:40 PM | JDI | debtor hung up |
| 09/21/2011 | 3:08:45 PM | JDI | disregard call |
| 09/27/2011 | 11:05:12 AM | AB1 | sd do nt have it. can nt pop.. wl her gan is off |
| 09/28/2011 | 3:48:45 PM | CNP | dbt claim she dont have it tld her to ask family for |
| 09/28/2011 | 3:48:45 PM | CNP | help |
| 09/29/2011 | 10:42:34 AM | RL1 | AC998: Outbound Contact - Non-Committal |
| 10/03/2011 | 1:25:25 PM | CNP | DBTR REFUSE TO DISCUSS AND HU |
| 10/10/2011 | 10:57:06 AM | CNP | dbt is a home owner she refuse to go to her bank for |
| 10/10/2011 | 10:57:06 AM | CNP | a loan |
| 10/11/2011 | 11:52:14 AM | JDI | ref to pay |
| 10/11/2011 | 11:52:30 AM | JDI | AC998: Outbound Contact - Non-Committal |
| 10/17/2011 | 10:23:31 AM | DC | d still saying the same thing |
| 10/20/2011 | 10:47:35 AM | DC | D HNGUP |
| 10/27/2011 | 8:25:30 AM | DC | d hngup |
| 10/27/2011 | 8:25:33 AM | DC | AC998: Outbound Contact - Non-Committal |
| 11/03/2011 | 9:35:31 AM | CNP | DBTR CLAIMS SHE DN'T HAVE A CHECK ACCT AND HU PMM |

| Summary | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Client** SquareTwo | | | | | | | |
| XS2 - Law Offices of Cloud and Tidwell - Alabama | | | | | | | |
| **Call Center** Cloud and Tidwell | | | | | | | |
| **Skill** - QC A (3) | | | | | | | |
| **Phone Number** 2058363075 | | | | | | | |
| **Start Date** 07/01/2011 | | | | | | | |
| **End Date** 04/30/2012 | | | | | | | |

| Results | | | | | | | |
|---|---|---|---|---|---|---|---|

| CallCenter | Name | Account | Agent | Date | Start | End | Outcome |
|---|---|---|---|---|---|---|---|
| Cloud and Tidwell Format XS2 - Law Offices of Cloud and Tidwell - Alabama | Elva Whitman | 559063 | | Mon Jul 25 2011 | 1:08:42 PM | 1:09:20 PM | Answering Machine (Hung Up) |
| Cloud and Tidwell Format XS2 - Law Offices of Cloud and Tidwell - Alabama | Elva Whitman | 559063 | | Tue Jul 26 2011 | 10:50:25 AM | 10:51:02 AM | Answering Machine (Hung Up) |
| Cloud and Tidwell Format XS2 - Law Offices of Cloud and Tidwell - Alabama | Elva Whitman | 559063 | | Wed Jul 27 2011 | 5:23:48 PM | 5:23:55 PM | Answering Machine (Hung Up) |
| Cloud and Tidwell Format XS2 - Law Offices of Cloud and Tidwell - Alabama | Elva Whitman | 559063 | | Fri Jul 29 2011 | 3:23:42 PM | 3:24:09 PM | Answering Machine (Hung Up) |
| Cloud and Tidwell Format XS2 - Law Offices of Cloud and Tidwell - Alabama | Elva Whitman | 559063 | | Tue Aug 02 2011 | 11:37:29 AM | 11:38:05 AM | Answering Machine (Hung Up) |
| Cloud and Tidwell Format XS2 - Law Offices of Cloud and Tidwell - Alabama | Elva Whitman | 559063 | | Wed Aug 03 2011 | 2:59:11 PM | 2:59:31 PM | Answering Machine (Hung Up) |

| | | | | | |
|---|---|---|---|---|---|
| XS2 - Law Offices of Cloud and Tidwell - Alabama Cloud and Tidwell Format | Elva Whitman | 559063 | Thu Aug 04 2011 | 9:38:52 AM | 9:39:17 AM | Answering Machine (Hung Up) |
| XS2 - Law Offices of Cloud and Tidwell - Alabama Cloud and Tidwell Format | Elva Whitman | 559063 | Tue Jan 24 2012 | 3:03:54 PM | 3:04:02 PM | Answering Machine (Hung Up) |
| XS2 - Law Offices of Cloud and Tidwell - Alabama Cloud and Tidwell Format | Elva Whitman | 559063 | Wed Jan 25 2012 | 10:29:25 AM | 10:30:03 AM | Answering Machine (Hung Up) |
| XS2 - Law Offices of Cloud and Tidwell - Alabama Cloud and Tidwell Format | Elva Whitman | 559063 | Thu Jan 26 2012 | 11:02:25 AM | 11:02:47 AM | Answering Machine (Hung Up) |
| XS2 - Law Offices of Cloud and Tidwell - Alabama Cloud and Tidwell Format | Elva Whitman | 559063 | Fri Jan 27 2012 | 11:56:35 AM | 11:56:47 AM | Answering Machine (Hung Up) |
| XS2 - Law Offices of Cloud and Tidwell - Alabama Cloud and Tidwell Format | Elva Whitman | 559063 | Sat Jan 28 2012 | 10:24:46 AM | 10:25:23 AM | Answering Machine (Hung Up) |
| XS2 - Law Offices of Cloud and Tidwell - Alabama Cloud and Tidwell Format | Elva Whitman | 559063 | Mon Jan 30 2012 | 5:15:14 PM | 5:15:51 PM | Answering Machine (Hung Up) |
| XS2 - Law Offices of Cloud and Tidwell - Alabama Cloud and Tidwell Format | Elva Whitman | 559063 | Tue Jan 31 2012 | 9:16:47 AM | 9:17:24 AM | Answering Machine (Hung Up) |
| XS2 - Law Offices of Cloud and Tidwell - Alabama Cloud and Tidwell Format | Elva Whitman | 559063 | Wed Feb 01 2012 | 9:15:49 AM | 9:16:26 AM | Answering Machine (Hung Up) |
| XS2 - Law Offices of Cloud and Tidwell - Alabama Cloud and Tidwell Format | Elva Whitman | 559063 | Thu Feb 02 2012 | 9:41:08 AM | 9:41:45 AM | Answering Machine (Hung Up) |
| XS2 - Law Offices of Cloud and Tidwell - Alabama Cloud and Tidwell Format | Elva Whitman | 559063 | Fri Feb 03 2012 | 10:44:51 AM | 10:45:29 AM | Answering Machine (Hung Up) |
| XS2 - Law Offices of Cloud and Tidwell - Alabama Cloud and Tidwell Format | Elva Whitman | 559063 | Mon Feb 06 2012 | 11:55:39 AM | 11:56:16 AM | Answering Machine (Hung Up) |

| Description | Name | Number | Date | Time 1 | Time 2 | Status |
|---|---|---|---|---|---|---|
| XS2 - Law Offices of Cloud and Tidwell - Alabama and Tidwell - Alabama Cloud and Tidwell Format | Elva Whitman | 559063 | Tue Feb 07 2012 | 12:43:24 PM | 12:44:01 PM | Answering Machine (Hung Up) |
| XS2 - Law Offices of Cloud and Tidwell - Alabama Cloud and Tidwell Format | Elva Whitman | 559063 | Wed Feb 08 2012 | 11:13:33 AM | 11:14:10 AM | Answering Machine (Hung Up) |
| XS2 - Law Offices of Cloud and Tidwell - Alabama Cloud and Tidwell Format | Elva Whitman | 559063 | Thu Feb 09 2012 | 11:42:55 AM | 11:43:31 AM | Answering Machine (Hung Up) |
| XS2 - Law Offices of Cloud and Tidwell - Alabama Cloud and Tidwell Format | Elva Whitman | 559063 | Fri Feb 10 2012 | 9:30:34 AM | 9:31:12 AM | Answering Machine (Hung Up) |
| XS2 - Law Offices of Cloud and Tidwell - Alabama Cloud and Tidwell Format | Elva Whitman | 559063 | Sat Feb 11 2012 | 10:01:07 AM | 10:01:44 AM | Answering Machine (Hung Up) |
| XS2 - Law Offices of Cloud and Tidwell - Alabama Cloud and Tidwell Format | Elva Whitman | 559063 | Mon Feb 13 2012 | 9:57:51 AM | 9:58:28 AM | Answering Machine (Hung Up) |
| XS2 - Law Offices of Cloud and Tidwell - Alabama Cloud and Tidwell Format | Elva Whitman | 559063 | Tue Feb 14 2012 | 2:39:20 PM | 2:39:57 PM | Answering Machine (Hung Up) |
| XS2 - Law Offices of Cloud and Tidwell - Alabama Cloud and Tidwell Format | Elva Whitman | 559063 | Wed Feb 15 2012 | 10:09:05 AM | 10:10:33 AM | Partial Message Left |
| XS2 - Law Offices of Cloud and Tidwell - Alabama Cloud and Tidwell Format | Elva Whitman | 559063 | Thu Feb 16 2012 | | | 1 |
| XS2 - LawOffices of Cloud and Tidwell - Alabama Cloud and Tidwell Format | Elva Whitman | 559063 | Mon Feb 20 2012 | | | |
| XS2 - Law Offices of Cloud and Tidwell - Alabama Cloud and Tidwell Format | Elva Whitman | 559063 | Wed Feb 22 2012 | 10:52:46 AM | 10:53:24 AM | Answering Machine (Hung Up) |
| XS2 - Law Offices of Cloud and Tidwell - Alabama Cloud and Tidwell Format | Elva Whitman | 559063 | Fri Feb 24 2012 | 9:34:12 AM | 9:34:50 AM | Answering Machine (Hung Up) |

| | | | | | |
|---|---|---|---|---|---|
| XS2 - Law Offices of Cloud and Tidwell - Alabama | | | | | |
| Cloud and Tidwell Format XS2 - Law Offices of Cloud and Tidwell - Alabama | Elva Whitman | 559063 | Mon Feb 27 2012 | 10:37:12 AM | 10:37:34 AM | Answering Machine (Hung Up) |
| Cloud and Tidwell Format XS2 - Law Offices of Cloud and Tidwell - Alabama | Elva Whitman | 559063 | Tue Feb 28 2012 | 9:58:39 AM | 9:59:00 AM | Answering Machine (Hung Up) |
| Cloud and Tidwell Format XS2 - Law Offices of Cloud and Tidwell - Alabama | Elva Whitman | 559063 | Wed Feb 29 2012 | 9:29:40 AM | 9:30:51 AM | No Answer |
| Cloud and Tidwell Format XS2 - Law Offices of Cloud and Tidwell - Alabama | Elva Whitman | 559063 | Wed Feb 29 2012 | 10:16:25 AM | 10:16:47 AM | Answering Machine (Hung Up) |
| Cloud and Tidwell Format XS2 - Law Offices of Cloud and Tidwell - Alabama | Elva Whitman | 559063 | Thu Mar 01 2012 | 11:26:11 AM | 11:26:49 AM | Answering Machine (Hung Up) |
| Cloud and Tidwell Format XS2 - Law Offices of Cloud and Tidwell - Alabama | Elva Whitman | 559063 | Fri Mar 02 2012 | 5:05:08 PM | 5:05:32 PM | Answering Machine (Hung Up) |
| Cloud and Tidwell Format XS2 - Law Offices of Cloud and Tidwell - Alabama | Elva Whitman | 559063 | Mon Mar 05 2012 | 10:21:40 AM | 10:22:06 AM | Answering Machine (Hung Up) |
| Cloud and Tidwell Format XS2 - Law Offices of Cloud and Tidwell - Alabama | Elva Whitman | 559063 | Tue Mar 06 2012 | 9:18:52 AM | 9:19:17 AM | Answering Machine (Hung Up) |
| Cloud and Tidwell Format XS2 - Law Offices of Cloud and Tidwell - Alabama | Elva Whitman | 559063 | Wed Mar 07 2012 | 11:43:21 AM | 11:43:58 AM | Answering Machine (Hung Up) |
| Cloud and Tidwell Format XS2 - Law Offices of Cloud and Tidwell - Alabama | Elva Whitman | 559063 | Mon Mar 19 2012 | 4:13:40 PM | 4:14:20 PM | Answering Machine (Hung Up) |
| Cloud and Tidwell Format XS2 - Law Offices of Cloud and Tidwell - Alabama | ElvaWhitman | 559063 | Tue Mar 20 2012 | 11:22:35 AM | 11:22:57 AM | Answering Machine (Hung Up) |
| Cloud and Tidwell Format | Elva Whitman | 559063 | Wed Mar 21 2012 | 3:10:47 PM | 3:11:27 PM | Answering Machine (Hung Up) |

| | | | | | |
|---|---|---|---|---|---|
| XS2 - Law Offices of Cloud and Tidwell - Alabama Cloud and Tidwell Format | Elva Whitman | 559063 | Thu Mar 22 2012 | 12:28:19 PM | 12:29:01 PM | Answering Machine (Hung Up) |
| XS2 - Law Offices of Cloud and Tidwell - Alabama Cloud and Tidwell Format | Elva Whitman | 559063 L | Sat Mar 24 2012 | | | |
| XS2 - Law Offices of Cloud and Tidwell - Alabama Cloud and Tidwell Format | Elva Whitman | 559063 | Mon Mar 26 2012 | 12:27:29 PM | 12:28:08 PM | Answering Machine (Hung Up) |
| XS2 - Law Offices of Cloud and Tidwell - Alabama Cloud and Tidwell Format | Elva Whitman | 559063 | Tue Mar 27 2012 | 3:26:07 PM | 3:26:33 PM | Answering Machine (Hung Up) |
| XS2 - Law Offices of Cloud and Tidwell - Alabama Cloud and Tidwell Format | Elva Whitman | 559063 | Wed Mar 28 2012 | 12:05:49 PM | 12:06:27 PM | Answering Machine (Hung Up) |
| XS2 - Law Offices of Cloud and Tidwell - Alabama Cloud and Tidwell Format | Elva Whitman | 559063 | Thu Mar 29 2012 | 4:58:51 PM | 4:59:31 PM | Answering Machine (Hung Up) |
| XS2 - Law Offices of Cloud and Tidwell - Alabama Cloud and Tidwell Format | Elva Whitman | 559063 | Fri Mar 30 2012 | 3:16:32 PM | 3:17:10 PM | Answering Machine (Hung Up) |
| XS2 - Law Offices of Cloud and Tidwell - Alabama Cloud and Tidwell Format | Elva Whitman | 559063 | Mon Apr 02 2012 | 9:20:01 AM | 9:20:35 AM | Answering Machine (Hung Up) |
| XS2 - Law Offices of Cloud and Tidwell - Alabama Cloud and Tidwell Format | Elva Whitman | 559063 | Wed Apr 04 2012 | 12:01:32 PM | 12:02:11 PM | Answering Machine (Hung Up) |
| XS2 - Law Offices of Cloud and Tidwell - Alabama Cloud and Tidwell Format | Elva Whitman | 559063 | Thu Apr 12 2012 | 9:17:16 AM | 9:17:23 AM | Answering Machine (Hung Up) |
| XS2 - Law Offices of Cloud and Tidwell - Alabama Cloud and Tidwell Format | Elva Whitman | 559063 | Fri Apr 13 2012 | 9:51:40 AM | 9:52:02 AM | Answering Machine (Hung Up) |
| XS2 - Law Offices of Cloud and Tidwell - Alabama Cloud and Tidwell Format | Elva Whitman | 559063 | Mon Apr 16 2012 | 11:33:00 AM | 11:33:28 AM | Answering Machine (Hung Up) |

# EXHIBIT 14

Case 2:12-cv-02030-TMP   Document 7   Filed 06/25/12   Page 1 of 11

FILED
2012 Jun-25  PM 03:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| ALBERT J. ISAAC, | ) |
| ROSETTA W. ISAAC, | ) |
| | ) |
| PLAINTIFFS, | ) |
| | ) |
| v. | )   CASE NO:  CV-12-TMP02030-S |
| | ) |
| RMB, INC., ET AL., | ) |
| | ) |
| DEFENDANTS. | ) |
| | ) |

### ANSWER

COMES NOW the Defendant, Receivables Management Bureau, Inc. ("RMB")
and Answers the Complaint in this matter as follows:

1.   To the extent this averment states a claim or cause of action against the
Defendant, denied.

2.   To the extent this averment states a claim or cause of action against the
Defendant, denied.

### Jurisdiction and Venue

3.   The Defendant does not contest jurisdiction.

4.   The Defendant has insufficient information at this time to admit whether
venue is appropriate.

### Parties

5.   The Defendant has insufficient information to admit or deny the place of
residence for the Plaintiffs.

{W0425460.1}

6.     The Defendant admits it is a foreign corporation transacting business in this district. The Defendant admits it acts as a debt collector in regards to debts covered by the FDCPA.

7.     The Defendant has insufficient information to admit or deny this averment.

8.     This averment does not call for an admission or a denial.

9.     The Defendant denies any liability to the Plaintiffs.

## Factual Allegations

10.    The Defendant admits calling the Plaintiffs' alleged telephone number in efforts to reach third party debtors. The remaining averment is denied.

11.    To the extent this averment states a cause of action against this Defendant, denied.

12.    Denied.

13.    To the extent this averment states a cause of action against the Defendant, denied.

14.    Denied.

15.    To the extent this averment states a cause of action against the Defendant, denied.

16.    Denied.

17.    To the extent this averment states a cause of action against the Defendant, denied.

18.    To the extent this averment states a cause of action against the Defendant, denied.

3W6t2^4iN 13

19.  Denied.

## Prayer/Claims for Relief

### First Claim – Harassment or Abuse, 15 U.S.C. § 1692d(5)

20.  The Defendant reincorporates its previous responses as if fully set out herein.

21.  The Defendant denies violating the FDCPA.

### Second Claim – Cease Communication, 15 U.S.C. § 1692c(c)

22.  The Defendant reincorporates its previous responses as if fully set out herein.

As to the unnumbered paragraph following Paragraph 22, the Defendant denies violating the FDCPA.

### Third Claim – False or Misleading Representation, 15 U.S.C. § 1692e(11)

23.  The Defendant reincorporates its previous responses as if fully set out herein.

24.  The Defendant denies violating the FDCPA.

### Fourth Claim – Harassment or Abuse, 15 U.S.C. § 1692d(6)

25.  The Defendant reincorporates its previous responses as if fully set out herein.

26.  The Defendant denies violating the FDCPA.

### Fifth Claim – Negligent Supervision, Ala. Code 1975 § 6-11-27

27.  The Defendant reincorporates its previous responses as if fully set out herein.

28.    Denied.

## Sixth Claim – Harassing Communication, Ala. Code 1975 § 13a-11-8(b)(1)(1)(b)

29.    The Defendant reincorporates its previous responses as if fully set out
herein.

30.    The Defendant denies violating Alabama law.

31.    To the extent this paragraph states a claim or cause of action, denied

32.    The Defendant denies the Plaintiff is entitled to any recovery against it
whatsoever and demands strict proof thereof.

33.    The Defendant denies the Plaintiff is entitled to any recovery against it
whatsoever and demands strict proof thereof.

34.    The Defendant denies the Plaintiff is entitled to any recovery against it
whatsoever and demands strict proof thereof.

35.    The Defendant denies the Plaintiff is entitled to any recovery against it
whatsoever and demands strict proof thereof.

36.    The Defendant denies the Plaintiff is entitled to any recovery against it
whatsoever and demands strict proof thereof.

### Affirmative Defenses

1.    The Defendant pleads the Complaint fails to state a claim or cause of action
upon which relief can be granted.

2.    The Defendant pleads some or all of the claims or damages are prohibited
by the applicable statute of limitations.

{W0325308.1}

3. To avoid waiver, the Defendant pleads the defense of contributory negligence.

4. To avoid waiver, the Defendant pleads the defense of assumption of the risk.

5. The Defendant pleads the Plaintiffs have failed to mitigate damages in accordance with Alabama law.

6. The Defendant pleads the lack of proximate cause.

7. The Defendant pleads any damages the Plaintiff suffered are the result of third parties over whom this Defendant is not responsible and for whom this Defendant has no legal liability.

8. The Defendant pleads all or some of the Plaintiff's claims are preempted in whole or in part by applicable Federal law.

9. To avoid waiver, the Defendant pleads the bona fide error doctrine.

10. Defendant denies it is guilty of conduct referable to which punitive damages could or should be award, and denies that Plaintiff has produced clear and convincing evidence sufficient to support or sustain to support or sustain the imposition of punitive damages against Defendant.

11. Plaintiff cannot recover punitive damages against Defendant because such an award, which is penal in nature, would violate Defendant's constitutional rights protected under the Alabama Constitution of 1901, as amended and the Constitution of the United States unless Defendant is afforded the same procedural safeguards as are criminal defendants, including, but not limited to, the right to avoid self-incrimination,

{W0325768.1 }

the right to forego production and disclosure of any incriminating documents, and the right to the requirement of a level of proof beyond a reasonable doubt.

12.    Subjecting Defendant to punitive damages, or affirming an award of punitive damages against Defendant in this case, would amount to and constitute a denial of due process as afforded by the Due Process Clause of the Fourteenth Amendment to the United States Constitution, and by the Due Process Clause of Article 1, Section 13 of the Alabama Constitution, as a deprivation of property without due process, or standards or criteria of due process, based upon the following grounds and circumstances, separately and severally assigned:

> (a) any award of punitive damages against Defendant under the evidence in this case would necessarily be based upon an evidentiary standard less than a standard of proof of beyond a reasonable doubt;
>
> (b) there is a lack of reasonable standards necessary to instruct the jury on the propriety and amount of any punitive damages award, and such award is subject to no predetermined limits;
>
> (c) use of the Alabama Pattern Jury Instructions in instructing the jury as to the award of punitive damages, and the amount of such an award, does not provide sufficient guidance or standards for the award or amount of punitive damages;
>
> (d) any punitive damages award would not be subject to post trial and appellate review on the basis of suitable and sufficient objective standards and criteria;
>
> (e) the power and authority imposed upon the jury under Alabama law as to the amount of punitive damages award is so relatively unfettered that there is lacking any reasonable or logical standard, uniform criteria, or guidance in the assessment of the amount of the award of punitive damages;
>
> (f) under Alabama law and procedure, there is no objective, logical, or rational relationship between the award, or the

{W0325308.1}

amount of the award, of punitive damages and the alleged wrongful or culpable conduct;

(g) under Alabama law and procedure, there is no objective. logical, or rational relationship between the award, or the amount of the award, of punitive damages and the interests or goals of the State of Alabama referable to the imposition or allowance of punitive damages;

(h) under Alabama law and procedure, there is no objective or rational criteria for the amount of the award of punitive damages as relates or compares to the assessment of compensatory damages, or amount of compensatory damages;

(i) an award of punitive damages should not be permitted to be assessed against Defendant for unauthorized acts of an agent or agents without any additional requirement of knowledge or fault on the part of Defendant;

(j) an award of punitive damages should not be permitted to be assessed against Defendant vicariously as a principal without any further proof of independent, wrongful conduct or ratification by Defendant;

(k) Alabama procedures, pursuant to which amounts of punitive damages are awarded, permit the imposition of different penalties for the same or similar acts;

(l) under Alabama law and procedures governing the award and assessment of punitive damages, there is no objective, logical, or reasonable standard or criteria which governs the award, or the amount of the award, of punitive damages;

(m) the procedures pursuant to which punitive damages are awarded fail to provide a reasonable limit on the amount of the award against Defendant;

(n) the procedures pursuant to which punitive damages are awarded are unconstitutionally vague;

(o) the procedures pursuant to which punitive damages are awarded fail to provide a clear post-trial or appellate standard of review for an award of punitive damages;

- (p) the procedures pursuant to which punitive damages are awarded may permit the admission of evidence relative to punitive damages in the same proceedings during which liability and compensatory damages are determined; and

- (q) an award of punitive damages would constitute an arbitrary and capricious taking of property of Defendant without due process of law.

13.     Plaintiff is not entitled to punitive damages from Defendant pursuant to the facts as alleged in Plaintiff's Complaint.

14.     Plaintiff's claim for punitive damages against Defendant is barred by the Fourteenth Amendment to the United States Constitution and by the Alabama Constitution.

15.     Imposition of punitive damages in this case against Defendant would contravene the Commerce Clause of the United States Constitution in that such an award would constitute, if imposed, an undue and unreasonable burden on interstate commerce.

16.     To award punitive damages against Defendant in this case would have a chilling effect upon Defendant's rights to open access to the courts of this State, in violation of the United States Constitution and the Alabama Constitution, separately and severally.

17.     In the event that any portion of a punitive damages award against Defendant in this case were to inure to the benefit of the State of Alabama, or any governmental or private entity other than plaintiffs, such an award would violate the Excessive Fines Clause of the Eighth Amendment to the United States Constitution and Article 1, Section 15, of the Alabama Constitution.

{W0329368.1}

18.    To award punitive damages against Defendant in this case would violate the Contracts Clause of Article 1, Section 10 of the United States Constitution, as an award of punitive damages would impair contractual obligations.

19.    Based upon Alabama procedures relative to punitive damages, which provide no objective, logical, or reasonable standards or criteria which govern the award, and the amount of the award, of punitive damages, Defendant is denied equal protection of the laws as guaranteed by the Fourteenth Amendment to the United States Constitution, and Article 1, §§ 1, 6, and 22 of the Alabama Constitution, separately and severally.

20.    Plaintiff's claim for punitive damages violates the rights of Defendant to due process and equal protection of the law as guaranteed by the United States Constitution and the Alabama Constitution in that the procedure for post-trial review of punitive damages set forth in Hammond v. City of Gadsden and Green Oil Company v. Hornsby is unconstitutionally vague and inadequate in the following respects:

> (a) The Hammond and Green Oil procedure provides no clearly defined standard for courts to apply in reviewing punitive damages;
>
> (b) The Hammond and Green Oil procedure provides inadequate review as to the need to deter, whether deterrence has been accomplished, and whether punishment is appropriate;
>
> (c) The Hammond and Green Oil procedure provides inadequate review and a vague standard regarding the relationship of the punitive damage award to the harm;
>
> (d) The Hammond and Green Oil procedure does not address nor cure the lack of guidelines given the jury in the assessment of punitive damages;

{W0529108 1 }

25.    As discovery has just begun, the Defendant reserves the right to assert

additional affirmative defenses.

Respectfully Submitted,

/s/ Neal D. Moore, III
Neal D. Moore, III
*Attorney for Defendant, RMB, Inc.*

OF COUNSEL:
FERGUSON, FROST & DODSON, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama 35243

## **CERTIFICATE OF SERVICE**

This is to certify that on this the 25th day of June, 2012, a copy of the forgoing document has been served upon counsel for all parties to this proceeding via electronic filing:

Albert J. Isaac, Pro Se
Rosetta W. Isaac, Pro Se
617 76th Street South
Birmingham, Alabama 35206-5227
To.silverfox@dfgh.net
Law.Godsaint@dfgh.net

Cloud & Tidwell, LLC
1625 Richard Arrington Jr. Boulevard S
Birmingham, Alabama 35205-4901

/s/ Neal D. Moore, III
OF COUNSEL

(e) This procedure is inadequate in that the trial court according to
Hammond and Green Oil "may" take certain factors into
account and these procedures lack predictable and objective
standards of review, allow for inconsistent application of the
factors, and allow for unpredictable and inconsistent results;
and

(f) The Hammond and Green Oil procedure fails to provide definite
and meaningful constraints on jury discretion in awarding
punitive damages.

21.    Plaintiff's claim for punitive damages cannot be upheld to the extent it
violates or contravenes the holding of the United States Supreme Court in ruling on the
case of BMW of North America. Inc. v. Gore, 517 U.S. 559, 116 S. Ct. 1589, 134 L. Ed.
2d 809 (May 20, 1996).

22.    The demand for punitive damages in the instant case is subject to these
limitations established by the Alabama legislature and set forth in Section 6-11-21, Code
of Alabama, as amended.

23.    The Alabama Supreme Court's action in abolishing the legislatively created
cap on punitive damages was unconstitutional and without effect. Under the United
States Constitution, and the Constitution of the State of Alabama, the Alabama Supreme
Court cannot abolish the punitive damages cap created by the legislature through judicial
fiat. Honda Motors Co. v. Oberg, 512 U.S. 415, 431 (1994).

24.    If multiple punitive damage awards were assessed against Defendant it
would violate the Constitutions of the United States and the State of Alabama, violating
Defendant's rights to due process and to a jury trial and violating Defendant's right
against double jeopardy.

{W0125408.1}

# EXHIBIT 15

## IN THE UNITED STATES DISTRICT COURT
### FOR THE
### NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **ALBERT J. ISAAC and ROSETTA W.** | * |
| **ISAAC,** | * |
|     **Plaintiffs** | * |
| | * |
|     vs. | * **Civil Action No.: CV-12-TMP-2030-S** |
| | * |
| **RMB, INC., et al.,** | * |
|     **Defendants** | * |

### ANSWER OF DEFENDANT, CLOUD & TIDWELL, LLC

Comes Now Cloud & Tidwell, LLC, defendant in this cause and for its answer to the Plaintiff's Complaint says as follows:

1.  Defendant, Cloud & Tidwell, LLC, (hereinafter "Defendant") admits that the Plaintiffs have filed this action, but specifically denies it is guilty of the items and things alleged by the Plaintiffs and demand strict and legal proof thereof.

2.  Admitted.

3-4.  Admitted.

5.  Defendant admits that Plaintiffs are residents of Jefferson County and of legal age. Defendant denies the remaining allegations of paragraph 5 and demands strict and legal proof thereof.

6.  Defendant denies the allegations of paragraph 6 and demands strict and legal proof thereof.

7.  Admitted.

8.  Defendant denies the allegations of paragraph 8 and demands strict and legal proof thereof.

9.  Admitted.

10. Defendant is without sufficient information upon which to admit or deny the allegations contained in paragraph 10 of Plaintiffs' Complaint and hence denies the same.

11. Defendant denies the allegations of paragraph 11 and demands strict and legal proof thereof.

12. Defendant is without sufficient information upon which to admit or deny the allegations contained in paragraph 12 of Plaintiffs' Complaint and hence denies the same.

13. Defendant denies the allegations of paragraph 13 and demands strict and legal proof thereof.

14. Defendant is without sufficient information upon which to admit or deny the allegations contained in paragraph 14 of Plaintiffs' Complaint and hence denies the same.

15. Defendant denies the allegations of paragraph 15 and demands strict and legal proof thereof.

16. Defendant is without sufficient information upon which to admit or deny the allegations contained in paragraph 16 of Plaintiffs' Complaint and hence denies the same.

17. Defendant denies the allegations of paragraph 17 and demands strict and legal proof thereof.

18. Defendant denies the allegations of paragraph 18 and demands strict and legal proof thereof.   Defendant would further aver that its voice mail messages are in full and complete compliance with 15 U.S.C. §1692, et seq. ("FDCPA")

19. Defendant denies the allegations of paragraph 19 insofar as they relate to this Defendant and demands strict and legal proof thereof.

20. Defendant adopts its responses to paragraphs 1-19 as its response to paragraph 20 of Plaintiffs' Complaint.

21. Paragraph 21 contains statements and conclusions of law to which no response is required. To the extent any fact is alleged in this paragraph, any such fact is denied. Defendant specifically denies that the Defendant has violated the FDCPA and denies that the Plaintiffs have sustained mental anguish or invasion of privacy.

22. Paragraph 22 contains statements and conclusions of law to which no response is required. To the extent any fact is alleged in this paragraph, any such fact is denied. Defendant specifically denies that the Defendant has violated the FDCPA and denies that the Plaintiffs have sustained mental anguish or invasion of privacy.

23. Defendant adopts its responses to paragraphs 1-22 as its response to paragraph 23 of Plaintiffs' Complaint.

24. Paragraph 24 contains statements and conclusions of law to which no response is required. To the extent any fact is alleged in this paragraph, any such fact is denied. Defendant specifically denies that the Defendant has violated the FDCPA and denies that the Plaintiffs have sustained mental anguish or invasion of privacy.

25. Defendant adopts its responses to paragraphs 1-24 as its response to paragraph 25 of Plaintiffs' Complaint.

26. Paragraph 26 contains statements and conclusions of law to which no response is required. To the extent any fact is alleged in this paragraph, any such fact is

denied. Defendant specifically denies that the Defendant has violated the FDCPA and denies that the Plaintiffs have sustained mental anguish or invasion of privacy.

27.     Defendant adopts its responses to paragraphs 1-26 as its response to paragraph 27 of Plaintiffs' Complaint.

28.     Insofar as Paragraph 28 makes factual allegations against this Defendant, such allegations are denied and strict and legal proof thereof is demanded. Defendant specifically denies that the Plaintiffs have sustained mental anguish or invasion of privacy.

29.     Defendant adopts its responses to paragraphs 1-28 as its response to paragraph 29 of Plaintiffs' Complaint.

30.     Paragraph 30 contains statements and conclusions of law to which no response is required. To the extent any fact is alleged in this paragraph, any such fact is denied.

31-36. Paragraphs 31-36 are prayers for relief to which a response is not required. However, to the extent such a response is required, Defendant denies such and demands strict and legal proof thereof. Defendant specifically denies Plaintiffs are entitled to the relief sought and deny that Plaintiffs have stated any legal claim upon which relief can be granted or have alleged any compensable injury.

## AFFIMATIVE DEFENSES

1.     Defendant avers that all of the claims in Plaintiffs' Complaint fail to state a plausible claim against the Defendant upon which relief may be granted and should be dismissed with prejudice pursuant to Fed. R. Civ. P. 12. *See Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007); *Ashcroft v. Iqbal*, 129 S. Ct. 1937, 1949 (May 18,

2009). Defendant reserves the right to file a Motion to dismiss all of Plaintiffs' claims asserted in the Complaint.

2.     Defendant avers that Plaintiffs' claims against Defendant are merely conclusory statements, and, therefore, must be dismissed by the Court.

3.     Defendant avers that Plaintiffs fail to state a plausible claim for relief under the FDCPA.

4.     Plaintiffs' claims against Defendant for violation of the FDCPA fail to the extent that the Defendant is not a "debt collector" as defined by the FDCPA, and must be dismissed.

5.     Defendant avers that Plaintiffs' claims pursuant to the FDCPA must be dismissed because Defendant has complied with the provisions of the FDCPA to the extent that the FDCPA may apply to Plaintiffs' claims.

6.     Defendant avers that it did not willfully violate the FDCPA and/or any other legal requirement and/or obligation.

7.     Defendant avers that it is not responsible for the conduct of originators, lenders, brokers, and/or appraisers over whom Defendant had no responsibility and/or control.

8.     Defendant avers that it acted reasonably and prudently under the circumstances.

9.     Defendant avers that Plaintiffs' claims may be barred in whole or in part by the applicable statute(s) of limitations and/or the doctrine of laches.

10.    Defendant avers that Plaintiffs' claims for Harassment or Harassing Communications are alleged as criminal actions and as such fail to state a claim for relief upon which relief can be granted.

11.    Defendant avers that Plaintiffs' claims are barred, in whole or in part, by the doctrines of unclean hands, release, accord and satisfaction, and/or unjust enrichment.

12.    Defendant avers that some or all of the Plaintiffs' claims may have been released.

13.    Defendant avers that Plaintiffs' alleged damages were caused by factors and conduct other than and unrelated to any conduct of Defendant, including but not limited to the conduct of other entities over which Defendant had no control.

14.    Defendant avers that any violation of any federal or state statute or common duty by Defendant, if any, was unintentional or the result of bona fide error notwithstanding the maintenance of policies and procedures reasonably adapted to avoid such errors.

15.    Defendant avers that it acted in good faith and without malice or intent to injure Plaintiffs.

16.    Defendant avers that its collection actions relevant to Plaintiffs' claims were not negligent in any manner whatsoever.

17.    Defendant avers that Plaintiffs' claims are barred, in whole or in part, to the extent that Plaintiffs have not suffered any actual damages or other injury.

18.    Defendant avers that Plaintiffs' claims are barred, in whole or in part, to the extent that Plaintiffs' damages, if any, were caused by their own acts or omissions, or other acts or omissions of third parties other than Defendant.

19. Defendant avers that Plaintiffs' claims are barred, in whole or in part, to the extent that Plaintiffs have failed to mitigate their damages.

20. Defendant avers that the relief Plaintiffs seek would be disproportionate to Plaintiffs' alleged harm, would be excessive, and would violate Defendant's constitutional rights.

21. Defendant avers that some or all of Plaintiffs' claims may be barred because Plaintiffs lack standing.

22. Defendant avers that Plaintiff's claims are barred by the failure of Plaintiffs to respond to Defendant's inquiries seeking information regarding the debt.

23. Defendant avers that Plaintiffs' claims are barred, in whole or in part, by the doctrines of contributory and comparative fault.

24. Defendant avers that Plaintiffs' claims fail for failure to identify any legally recognized duty.

25. Defendant avers that Plaintiffs' claims may be barred by the doctrine of assumption of the risk.

26. Defendant avers that Plaintiffs' claims may be barred because Defendant had a legitimate business purpose.

27. Defendant denies that Plaintiffs hav sustained any damages and/or that Defendant proximately caused any of Plaintiffs' claimed damages.

28. Defendant avers that some or all of Plaintiffs' claims may be preempted by federal law.

29. Defendant avers that Plaintiff's claims may be barred, in whole or in part, by the principles of res judicata, collateral estoppel, or judicial estoppel.

30.     Defendant avers that it acted in good faith and without malice or intent to injure Plaintiffs.

31.     The imposition of punitive damages against Defendant for the conduct alleged in the Complaint, First Amended Complaint and Second Amended Complaint is prohibited by *BMW North America v. Gore*, 517 U.S. 559, 116 S.Ct. 1589, 134 L.Ed. 2d 809 (1996), and its progeny, including *Cooper Indus., Inc. v. Leatherman Tool Group, Inc.*, 532 U.S. 424 (2001) and *State Farm Mutual Automobile Insurance Co. v. Campbell*, 123 S.Ct. 1513 (2003).

32.     The Plaintiffs cannot recover punitive damages against Defendant because such an award, which is penal in nature, would violate Defendant's constitutional rights protected under the Alabama Constitution of 1901, as amended (the "Alabama Constitution"), and the Constitution of the United States (the "United States Constitution"), unless Defendant is afforded the same procedural safeguards as are criminal Defendants, including, but not limited to, the right to avoid self-incrimination, the right to forego production and disclosure of incriminating documents, and the right to the requirement of a level of proof beyond a reasonable doubt.

33.     The Plaintiffs' claim for punitive damages violates the self-incrimination clause of the Fifth Amendment of the United States Constitution, and Art. I, § 6 of the Alabama Constitution, separately and severally, in that the damages claimed are penal in nature while Defendant is required to disclose documents and/or other evidence without the safeguard against self-incrimination as provided, respectively, in the United States Constitution and the Alabama Constitution.

34.     To award punitive damages against Defendant in this case would violate the commerce clause of the United States Constitution by chilling and impeding Defendant from engaging in interstate commerce.

35.     To award punitive damages against Defendant in this case would have a chilling effect upon Defendant's rights to open access to the courts of this State, in violation of the United States Constitution and the Alabama Constitution, separately and severally.

36.     To award punitive damages against Defendant in this case would violate the excessive fines provision of the Eighth Amendment to the United States Constitution and Art. I, § 15 of the Alabama Constitution.

37.     Subjecting Defendant to an award of punitive damages or affirming such an award in this case would amount to and constitute a denial of due process as afforded by the due process clause of the Fourteenth Amendment to the United States Constitution, and by the due process clause of Art. I, § 13 of the Alabama Constitution, as a deprivation of property without due process, or standards or criteria of due process, based upon the following grounds and circumstances, separately and severally assigned:

a. Any award of punitive damages against Defendant under the evidence in this case would necessarily be based upon an evidentiary standard no higher or more than a standard of a preponderance of the evidence, and not upon a standard of evidence beyond a reasonable doubt;

b. Under Alabama law and procedures governing the award and assessment of punitive damages, there is no objective, logical, or reasonable standard or criteria to protect Defendant against the imposition of grossly excessive punitive damages;

c. Use of the Alabama Pattern Jury Instructions 11.03 in instructing the jury as to the award of punitive damages, and the amount of such an award, does not provide sufficient guidance or standard for the award or amount of punitive damages;

d. Any punitive damage award would not be subject to post-trial and judicial review on the basis of objective standards and criteria;

e. The power and authority imposed upon the jury under Alabama law as to the amount of a punitive damage award is so relatively unfettered that there is lacking any reasonable or logical standard, uniformity, criteria or guidance in the assessment of the amount of the award of punitive damages;

f. Under Alabama law and procedure, there is no objective, logical or rational relationship between the award, or the amount of the award, of punitive damages and a defendant's alleged wrongful or culpable conduct;

g. Under Alabama law and procedure, there is no objective, logical or rational relationship between the award, or the amount of the award, of punitive damages and the interests or goals of the State of Alabama referable to the imposition or allowance of punitive damages;

h. Under Alabama law and procedure, there is no objective or rational criteria for the amount of the award of punitive damages as relates or compares to the assessment of compensatory damages, or amount of compensatory damages;

i. Under Alabama law, an award of punitive damages may be assessed against a defendant for unauthorized acts of its agent or agents without any additional requirement of knowledge or fault on the part of that defendant;

j. Under Alabama law, an award of punitive damages may be assessed against a defendant "vicariously" as a principal without any further proof of independent wrongful conduct or ratification by that defendant.

38.    Plaintiffs are not entitled to punitive damages from Defendant pursuant to the facts alleged in the Complaint.

39.    Defendant cannot be held for punitive damages for intentional wrongful conduct or conduct involving malice based upon acts or omissions of any agent, employee, or servant pursuant to *Ala. Code* § 6-11-27 (Supp. 1991).

40.    Defendant reserves the right to add additional defenses which may become known during discovery or at trial.

Respectfully submitted this the 25th day of June, 2012.

S/ Jay E. Tidwell
Jay E. Tidwell
Attorney for Defendant, Cloud & Tidwell, LLC

Cloud & Tidwell, LLC
1625 Richard Arrington, Jr. Blvd South
Birmingham, Alabama 35205
Tel.: (205) 322-6060

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on the following by mailing copies of same by United States First Class Mail in a properly addressed envelope with adequate postage affixed thereon to assure delivery, addressed as follows:

Albert J. Isaac
Rosetta W. Isaac
617 76th St. S
Birmingham, AL 35206-5227

This 25th day of June, 2012.

By: /s/ Jay E. Tidwell _____
Jay E. Tidwell
Attorney for Defendant

Cloud & Tidwell, LLC
1625 Richard Arrington Jr. Blvd. South
Birmingham, Alabama 35205
(205)322-6060