IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALBERT J. ISAAC and <br> ROSETTA W. ISAAC, <br><br> Plaintiffs, <br><br> v. <br><br> RMB, INC., and <br> CLOUD & TIDWELL, LLC, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 2:12-cv-2030-TMP <br> ) <br> ) <br> ) <br> ) <br> ) |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion entered herewith, the court finds and determines that the plaintiffs, Albert J. Isaac and Rosetta W. Isaac, are entitled to a final judgment against the defendant, Cloud & Tidwell LL, and, therefore, pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, it is hereby

ORDERED, ADJUDGED, and DECREED that the plaintiffs, Albert J. Isaac and Rosetta W. Isaac, shall have and recover from the defendant, Cloud & Tidwell, LLC, the sum of THREE THOUSAND FIVE HUNDRED and no/100 ($3,500.00) DOLLARS, plus the costs of this action.

DONE this 17th day of July, 2014.

_____
T. MICHAEL PUTNAM
U.S. MAGISTRATE JUDGE