FILED
2014 Jul-28  PM 04:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

Albert J Isaac
Rosetta W Isaac
    Plaintiffs

v                           CIVIL ACTION NO. 2:12-CV-02030-TMP

Could & Tidwell, LLC
    Defendant
_____/

### PLAINTIFF'S MOTION FOR COST WITH DELCARATION

**COMES NOW**, Plaintiffs Albert J and Rosetta W Isaac in the above style and cause, moves the Court for an Order granting costs in addition to the filing fee to file the civil action 2:12-CV-02030-TMP against the Defendant Cloud & Tidwell, LLC. The Court and Defendant has the option to inspect the receipts associated with these costs.

I Albert J Isaac declare under the penalty of perjury the following statements are true, complete and say:

The following itemize cost is associate filing the lawsuit for a total cost of $628.84:

| POSTAGE | Paper, Ink and Envelops | Coping cost | Court Filing Fee |
|---------|-------------------------|-------------|------------------|
| $60.51  | $141.47                 | $76.86      | $350.00          |

I declare under the penalty of perjury that the above statements are true.

*[signature: Albert J. Isaac]*

Respectfully Submitted

DATE: July 28, 2014

*[signature: Albert J. Isaac]*
Albert J Isaac, Pro Se

*[signature: Rosetta W. Isaac]*

Rosetta W Isaac. Pro Se
617 76th St S
Birmingham, AL 35206
(205)836-3075
law.godsaint@dfgh.net
to.silverfox@dfgh.net

## CERTIFICATE OF SERVICE

We certify that the forgoing Motion for Cost with Declaration was served on the Defendant's counsel listed below. Via U. S. Postal Service Mail, with first class postage affix thereto:

Cloud & Willis, LLC
Mr. E. B. Harrison Willis
201 Beacon Parkway W, Suite 400
Birmingham, 35209

This the 28th day of July

*[signature: Albert J. Isaac]*
Albert J Isaac, Pro Se

*[signature: Rosetta W. Isaac]*
Rosetta W Isaac. Pro Se
617 76th St S
Birmingham, AL 35206
(205)836-3075
law.godsaint@dfgh.net
to.silverfox@dfgh.net