IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALBERT J. ISAAC and ROSETTA W. ISAAC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 2:12-cv-2030-TMP ) |
| RMB, INC., and CLOUD & TIDWELL, LLC, | ) ) ) ) |
| Defendants. | ) |

**ORDER ON COSTS**

On July 18, 2014, the court entered a final judgment in favor of the plaintiffs and against defendant Cloud & Tidwell, Inc., which included an award of the "costs of this action." (Doc. 110). Ten days later, on July 28, 2014, the plaintiffs filed a motion asking the court to determine whether certain expenses they claim are awardable "costs" within the meaning of the cost award in the judgment. (Doc. 111). Plaintiffs seek costs totaling $628.84, consisting of a docket filing fee of $350.00, postage of $60.51, paper and envelopes in the amount of $141.47, and copying costs of $76.86.

The types of expenses that can be taxed as costs in favor of a prevailing party are defined by 28 U.S.C. § 1920. Of the expenses claimed by the plaintiffs, only the docket fee and copying costs are expressly allowed. See 28 U.S.C. § 1920(4) and (5). Section 1920 makes no mention of postage or paper and envelopes as awardable costs. Accordingly, the costs awarded in the

judgment are a total of $426.86, for the docket fee and the plaintiffs' copying costs.  The other claimed expenses are not awardable and are DENIED.

DONE this 21st day of November, 2014.

/s/ T. Michael Putnam
T. MICHAEL PUTNAM
UNITED STATES MAGISTRATE JUDGE