Case 2:12-cv-02030-TMP   Document 114   Filed 04/15/15   Page 1 of 2
Case: 14-11560   Date Filed: 04/15/2015   Page: 1 of 1
FILED
2015 Apr-16  PM 03:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 15, 2015

Sharon Harris
U.S. District Court
Hugo L. Black United States Courthouse
1729 5TH AVE N
BIRMINGHAM, AL 35203

Appeal Number: 14-11560-EE
Case Style: Albert Isaac, et al v. RMB Inc., et al
District Court Docket No: 2:12-cv-02030-TMP

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

DOUGLAS J.MINCHER, Clerk of Court

Reply to:  Lois Tunstall
Phone #:  (404) 335-6224

Enclosure(s)

MDT-1 Letter Issuing Mandate

# UNITED STATES COURT OF APPEALS
## For the Eleventh Circuit

_____

No. 14-11560

_____

District Court Docket No.
2:12-cv-02030-TMP

ALBERT J. ISAAC,
ROSETTA W. ISAAC,

                                                                   Plaintiffs - Appellants,

versus

RMB INC.,
CLOUD & TIDWELL LLC,

                                                                    Defendants - Appellees.

_____

Appeal from the United States District Court for the
Northern District of Alabama

_____

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: March 17, 2015
For the Court: Douglas J. Mincher, Clerk of Court
By: Djuanna Clark

**ISSUED AS MANDATE 04/15/2015**